UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUPPLEMENT MANUFACTURING PARTNER, INC. d/b/a SMP NUTRA,<br><br>Plaintiff,<br><br>-against-<br><br>WILLIAM CARTWRIGHT,<br><br>Defendant. | Case No. |

**DECLARATION OF KYLE PETERSEN**

I, KYLE PETERSEN, declare as follow:

1. I am the Senior Account Executive and a Sales Representative at Supplement Manufacturing Partner, Inc. ("SMP Nutra"). I am over 18 years old and not a party to this lawsuit. I make this declaration based on my personal knowledge of the events described herein. If called as a witness, I am able to testify to the truth of the below statements.

2. On August 31, Mr. Will Cartwright showed up in SMP Nutra's office. He confronted me in the parking garage and made such statements.

3. Mr. Cartwright expressed to me his dissatisfaction of SMP Nutra's current management and handling of the company's dispute with him. He said SMP Nutra is in "extreme danger" and he would "take it down."

4. Mr. Cartwright also said to me: "Either they pay me a fuck ton of money, or I am going to be running this company. Either way I am starting a competing business."

5. Mr. Cartwright also suggested to me: "If you come work for me, I will take better care of you."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 1, 2023
              Edgewood, New York

_____
KYLE PETERSEN