UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUPPLEMENT MANUFACTURING PARTNER, INC. d/b/a SMP NUTRA,<br><br>Plaintiff,<br><br>-against-<br><br>WILLIAM CARTWRIGHT,<br><br>Defendant. | Case No. 2:23-cv-06585-JMA-AYS<br><br>**NOTICE OF PLAINTIFF'S MOTION TO HOLD DEFENDANT IN CONTEMPT** |

**PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Plaintiff's Motion to Hold Defendant in Contempt, dated January 23, 2024, the Declarations of Steven Milano, Brittany Milano, and Brett E. Lewis, and incorporating all prior pleadings and proceedings herein, including the Temporary Restraining Order (ECF 10) and the Consent Order (ECF 21), Plaintiff Supplement Manufacturing Partner, Inc., respectfully moves this Court for an order holding Defendant William Cartwright in civil contempt and referring this matter the United States Attorney's Office for the Eastern District of New York for investigation, in substantially the form of the attached Proposed Order.

Dated: January 23, 2024
      Brooklyn, NY

By:   Respectfully submitted,
     */s/Brett E. Lewis*
     Brett E. Lewis, Esq.

     **LEWIS & LIN, LLC**
     77 Sands Street, 6th Floor
     Brooklyn, NY 11201
     Tel: (718) 243-9323
     Fax: (718) 243-9326
     Email: Brett@iLawco.com

     *Counsel for Plaintiff*