# EXHIBIT 1



William Cartwright <willc2693@gmail.com>

# Top Tier Nutra - Dietary Supplement Manufacturer
1 message

**Sam Johnston** <contact@toptiernutra.com>　　　　　　　　　　　　　　　　　　Thu, Dec 7, 2023 at 2:40 PM
Reply-To: contact@toptiernutra.com
To: willc2693@gmail.com

Hello William,

My marketing team passed your information to me and I wanted to introduce myself and my company Top Tier Nutra. We feel your company would be a perfect fit for our services.

Top Tier Nutra is a full turnkey contract manufacturer and packager of stock and custom dietary supplements. We are a leading producer of Capsules Tablets, Powders Softgels, and Gummies.

**What separates us from other manufacturers?**

- **Honest and accurate lead times**
- **100% best pricing, we will beat your current price.**
- **Assistance in growing brand sales with expert advice**.

**We Promise to provide the following.**

- cGMP-compliant manufacturing facilities
- Fastest Turnarounds
- Top-tier Customer service and updates 24/7

- Full-Service Graphics Department

To view our stock list, please email us and we will send it to you!

if you want to learn more, please check out our website at Top Tier Nutra, I know we can be of great assistance to you and your company. Feel free to call us anytime at 1-833-351-5335 to discuss your needs

Looking forward to speaking with you.

Sincerely,

Samuel Johnston CEO of Top Tier Nutra Inc.

Click to visit website

Top Tier Nutra, 180 E Main St, Patchogue, NY 11772, 1-833-351-5335

Unsubscribe Manage preferences