# EXHIBIT 2

Gmail - Top Tier Nutra - Sale on Creatine Gummies 5000mg                                                                                                                       2/15/24, 12:24 PM



William Cartwright <willc2693@gmail.com>

**Top Tier Nutra - Sale on Creatine Gummies 5000mg**
1 message

**Sam Johnston** <contact@toptiernutra.com>  Tue, Dec 12, 2023 at 2:10 PM
Reply-To: contact@toptiernutra.com
To: willc2693@gmail.com

Hi William,

We are having a blowout sale on our new **Creatine 1000mg gummies;** this hot gummy is a perfect new SKU for you to add to your product line.

The volume of searches for this sku has gone through the roof lately and we would like to extend the opportunity to you! See below the **LABEL INCLUDED** pricing.

**Supplement Facts**

Serving Size 1 Gummy
Servings Per Container 60

| | Amount Per Serving | %Daily Value |
|---|---|---|
| Calories | 10 | |
| Total Carbohydrate | 3 g | 1% |
| Total Sugars | 1 g | ** |
| Includes 1g added sugars | | 2% |
| Sodium | 10 mg | <1% |
| Creatine Monohydrate | 1 g | ** |

**Daily Value not established.

Other Ingredients: Glucose Syrup, Sucrose, Pectin, Citric Acid, Sodium Citrate, Natural Lemon Flavor, Calcium Lactate, Vegetable Oil, Stevioside, Allulose, Beta-Carotene, Carnauba Wax

**Supplement Facts**

Serving Size 5 Gummies
Servings Per Container 30

| | Amount Per Serving | %Daily Value |
|---|---|---|
| Calories | 50 | |
| Total Carbohydrate | 15 g | 5% |
| Total Sugars | 5 g | ** |
| Includes 5g added sugars | | 10% |
| Sodium | 50 mg | 2% |
| Creatine Monohydrate | 5 g | ** |

**Daily Value not established.

Other Ingredients: Glucose Syrup, Sucrose, Pectin, Citric Acid, Sodium Citrate, Natural Lemon Flavor, Calcium Lactate, Vegetable Oil, Stevioside, Allulose, Beta-Carotene, Carnauba Wax.

60ct  Price per bottle

150ct price per bottle

1,000 - $5.55/Bottle

1,000 -  $12.35/Bottle

2,500 - $5.35/Bottle

2,500 - $11.90/Bottle

5,000 - $4.97/Bottle

5,000 - $11.45/Bottle

Our pricing includes a standard bottle, lid (standard or CRC) testing for cGMP Compliance, and a label up to 35 cents. If you wish to provide your label you can subtract 35 cents from the above pricing.

Our first inventory will be ready for the beginning of January right in time for the new year's resolution wave now is the time to buy it.

Let's start the journey of building on your success together, to discuss more feel free to email or call me.

Visit Our Website

Top Tier Nutra, 180 E Main St, Patchogue, NY 11772, 1-833-351-5335, *Volume Bonus Christmas Deal - when ordering more than one sku get the tier price of both items combined ex. a purchase of 2,500 creatine 2,500 collagen you pay the 5,000 bottle tier price *limitations apply

Unsubscribe  Manage preferences