# **EXHIBIT 1**







08/23/2022

# RASi, A Lexitas Company, Announces Acquisition of Allstate Corporate Services

Registered Agent Solutions, Inc. ("RASi"), A Lexitas Company, announced its acquisition of Allstate Corporate Services. Headquartered in New York, Allstate has been a leading Corporate Filing and Registered Agent company for over 19 years. This acquisition demonstrates RASi's continued accelerated growth in the Registered Agent industry and expands their footprint in the Tri-State region.

"With over 15 years of working closely together, we have built a tremendous partnership in which our companies have been well-aligned and successful in servicing thousands of mutual clients. It is fitting that this acquisition is the next step in formalizing this partnership and our commitment to all the employees and clients we collectively serve," said Sean Prewitt, President of RASi.

Sal Abecasis, President of Operations at Allstate, stated "We are excited about joining RASi who has been our trusted partner for so many years. We look forward to the combined synergies of two companies that share the same culture and vision in servicing the needs of our clients."

   



RASi is a professional registered agent service company, which provides the best value for corporate and registered agent services through innovative technologies, competitive pricing, and quality service. With offices in all 50 States, DC, and international jurisdictions, RASi represents thousands of companies across the nation. RASi was acquired by Lexitas in 2020. For more information visit https://www.rasi.com/ and https://allstatecorporateservices.com/.

Founded in 1987, Lexitas is a leading national provider of legal support services to law firms, corporations, and insurance companies and is a portfolio company of funds advised by Apax. Services include court reporting, record retrieval, registered agent, process service, legal staffing, document review and commercial contracts outsourcing.



SOLUTIONS

INDUSTRIES

SIGN IN

RESOURCES

ABOUT US

   








Court Reporting Firm Registrations