# EXHIBIT 2



Kiss Bugs Goodbye Get to 80% automated end-to-end test coverage in under 4 months. Learn more.

Ads by EthicalAds

provided by
Q-Success

advertise here

| Home | Technologies | Reports | API | Sites Search | Quality | Users | Blog | Forum | FAQ |

**Featured products and services**                                                advertise here

 Web Design Tips, Tutorials, and Guides - DesignBombs

 WordPress Tutorials & Themes - Themeisle

### Technologies

- Content Management
- Server-side Languages
- Client-side Languages
- JavaScript Libraries
- CSS Frameworks
- Web Servers
- Web Panels
- Operating Systems
- Web Hosting
- Data Centers
- Reverse Proxies
- DNS Servers
- Email Servers
- SSL Certificate Authorities
- Content Delivery
- Traffic Analysis Tools
- Advertising Networks
- Tag Managers
- Social Widgets
- Site Elements
- Structured Data
- Markup Languages
- Character Encodings
- Image File Formats
- Top Level Domains
- Server Locations
- Content Languages

### Trends

- Usage History
- Market Share History

### Market

- Top Site Usage
- Market Position

### Performance

- Page Speed

### Breakdown

Technologies > Content Management

# Usage statistics of content management systems

Request an **extensive content management systems market report**.

Learn more

This diagram shows the percentages of websites using various content management systems. See technologies overview for explanations on the methodologies used in the surveys. Our reports are updated daily.

How to read the diagram:
31.3% of the websites use none of the content management systems that we monitor.
WordPress is used by 43.1% of all the websites, that is a content management system market share of 62.8%.

| | | |
|---|---|---|
| **None** | | 31.3% |
| **WordPress** | | 43.1% |
| | | 62.8% |
| **Shopify** | 4.3% | |
| | 6.2% | |
| **Wix** | 2.6% | |
| | 3.8% | |
| **Squarespace** | 2.1% | |
| | 3.0% | |
| **Joomla** | 1.7% | |
| | 2.5% | |
| **Drupal** | 1.0% | |
| | 1.5% | |
| **Adobe Systems** | 1.0% | |
| | 1.5% | |
| **PrestaShop** | 0.8% | |
| | 1.2% | |
| **Google Systems** | 0.7% | |
| | 1.0% | |
| **Webflow** | 0.7% | |
| | 1.0% | |
| **Bitrix** | 0.6% | |
| | 0.9% | |
| **OpenCart** | 0.5% | |

### Technology Brief

**Content Management Systems**

Content management systems are applications for creating and managing the content of a website. We include all such systems in this category, also systems that are often classified as wikis, blog engines, discussion boards, static site generators, website editors or any type of software that provides website content.



**Latest related posting**    read all

**Web Technologies of the Year 2023**
2 January 2024

We compiled the list of web technologies that saw the largest increase in usage in 2023.
» more

| | | |
|---|---|---|
| Ranking | | 0.8% |
| Server-side Languages | | 0.4% |
| Client-side Languages | TYPO3 | 0.6% |
| JavaScript Libraries | | 0.4% |
| CSS Frameworks | Duda | 0.6% |
| Web Servers | | 0.4% |
| Web Panels | Weebly | 0.6% |
| Operating Systems | | 0.4% |
| Web Hosting | Tilda | 0.6% |
| Data Centers | | 0.4% |
| Reverse Proxies | GoDaddy Website Builder | 0.6% |
| DNS Servers | | 0.4% |
| Email Servers | Microsoft Systems | 0.3% |
| SSL Certificate Authorities | | 0.4% |
| Content Delivery | Jimdo | 0.2% |
| Traffic Analysis Tools | | 0.3% |
| Advertising Networks | HubSpot CMS | 0.2% |
| Tag Managers | | 0.3% |
| Social Widgets | Bigcommerce | 0.2% |
| Site Elements | | 0.3% |
| Structured Data | Nuvemshop | 0.2% |
| Markup Languages | | 0.3% |
| Character Encodings | Gatsby | 0.2% |
| Image File Formats | | 0.3% |
| Top Level Domains | GitHub Pages | 0.1% |
| Server Locations | | 0.2% |
| Content Languages | Moodle | 0.1% |
| | | 0.2% |
| see FAQ for explanations on advanced reports | Craft CMS | 0.1% |
| | | 0.2% |
| | Prom.ua | 0.1% |
| | | 0.2% |
| | Cafe24 | 0.1% |
| | | 0.2% |
| | phpBB | 0.1% |
| | | 0.2% |
| | Contao | 0.1% |
| | | 0.2% |
| | Hugo | 0.1% |
| | | 0.2% |
| | DotNetNuke | 0.1% |
| | | 0.2% |
| | Shopware | 0.1% |
| | | 0.1% |
| | Shoptet | 0.1% |
| | | 0.1% |
| | Roundcube | 0.1% |
| | | 0.1% |
| | Tray | 0.1% |
| | | 0.1% |
| | DataLife Engine | 0.1% |
| | | 0.1% |
| | team.blue systems | 0.1% |
| | | 0.1% |
| | Zendesk | 0.1% |
| | | 0.1% |
| | Shoper | 0.1% |
| | | 0.1% |
| | XenForo | 0.1% |
| | | 0.1% |

**Latest related forum entry** read all

**Technology proposal: Dotser Commerce**
28 September 2023
» more

advertise here

| | | |
|---|---|---|
| Lightspeed Systems | 0.1% 0.1% | |
| IONOS MyWebsite | 0.1% 0.1% | |
| Dealer.com | 0.1% 0.1% | |
| Kajabi | 0.1% 0.1% | |
| Loja Integrada | 0.1% 0.1% | |
| MODx | 0.1% 0.1% | |
| JustSystems Homepage Builder | 0.1% 0.1% | |
| Odoo | 0.1% 0.1% | |
| Yardi | 0.1% 0.1% | |
| Ghost | 0.1% 0.1% | |
| Concrete CMS | 0.1% 0.1% | |
| October CMS | 0.1% 0.1% | |
| Kentico | 0.1% 0.1% | |
| CMS.S3 | 0.1% 0.1% | |
| nopCommerce | 0.1% 0.1% | |
| MediaWiki | 0.1% 0.1% | |
| GitBook | 0.1% 0.1% | |
| Color Me Shop | 0.1% 0.1% | |
| Zen Cart | 0.1% 0.1% | |
| Mobirise | 0.1% 0.1% | |
| IPS Community Suite | 0.1% 0.1% | |
| vBulletin | 0.1% 0.1% | |
| Jekyll | less than 0.1% 0.1% | |
| EC-Cube | less than 0.1% 0.1% | |
| IdeaSoft | less than 0.1% 0.1% | |
| WebSite X5 | less than 0.1% 0.1% | |
| ProcessWire | less than 0.1% 0.1% | |
| Salesforce | less than 0.1% 0.1% | |
| ePages | less than 0.1% 0.1% | |
| JTL-Shop | less than 0.1% | |

| | | |
|---|---|---|
| **BentoBox** | less than 0.1% | 0.1% |
| **Simple Machines Forum** | less than 0.1% | 0.1% |
| **Sitecore CMS** | less than 0.1% | 0.1% |
| **Ticimax** | less than 0.1% | 0.1% |
| **Open Journal Systems** | less than 0.1% | 0.1% |
| **Liferay** | less than 0.1% | 0.1% |
| **SilverStripe** | less than 0.1% | 0.1% |
| **CS-Cart** | less than 0.1% | 0.1% |
| **Finalsite Systems** | less than 0.1% | 0.1% |
| **Discuz!** | less than 0.1% | 0.1% |
| **uCoz Systems** | less than 0.1% | 0.1% |
| **osCommerce** | less than 0.1% | 0.1% |
| **One.com Website Builder** | less than 0.1% | 0.1% |
| **Intercom Articles** | less than 0.1% | 0.1% |
| **Discourse** | less than 0.1% | 0.1% |
| | W3Techs.com, 15 February 2024 | |
| absolute usage percentage | | market share |
| Percentages of websites using various content management systems | | |

The following content management systems have a market share of less than 0.1%

- LnwShop
- ExpressionEngine
- WebSphere Studio
- SPIP
- MakeShop Japan
- DealerOn
- Hatena Blog
- VTEX
- Docusaurus
- Gambio
- Mono
- Cargo Collective
- Sitezoogle
- Framer
- RapidWeaver
- Progress Sitefinity
- BaseKit
- Hostinger Website Builder
- CivicEngage
- IdoSell
- Kenlo Imob
- Freshworks
- Volusion

2/15/24, 3:47 PM
Case 2:23-cv-06585-JMA-AXS   Document 28-7   Filed 02/15/24   Page 6 of 17 PageID #: 557
Usage Statistics and Market Share of Content Management Systems, February 2024

- Pimcore
- Atlassian Systems
- CMS Made Simple
- NetCat
- Strikingly
- Tumblr
- Oracle Systems
- Ibexa
- Shift4Shop
- Netscape Navigator
- Yahoo Systems
- Thinkific
- Xara
- MyBB
- Astro
- UMI.CMS
- Plone
- Mijnwebwinkel
- Entrata
- Optimizely
- Statamic
- Solo Build It
- CDK Global
- Unbounce
- MakeWebEasy
- Edlio CMS
- Nicepage
- Apple Systems
- Studio
- SITE123
- DokuWiki
- Grav
- Zimbra
- Help Scout
- Web.com
- Big Cartel
- Z-BlogPHP
- YouCan.shop
- Hexo
- WebPlus
- MkDocs
- modified eCommerce
- IServ
- HostCMS
- Leadpages
- WoltLab Suite Forum
- Futureshop
- SAP CRM
- Jonah Systems
- Gomag
- ekmPowershop
- Teachable
- Medium
- Flexbe
- PbootCMS
- Maropost
- XpressEngine
- SmugMug
- InstantCMS
- Weblication
- MakeShop Korea
- MPOPlay
- Zoho
- BLOX CMS
- NetObjects
- NukeViet
- Livedoor Blog
- Movable Type
- NationBuilder

2/15/24, 3:47 PM
Usage Statistics and Market Share of Content Management Systems, February 2024
Case 2:23-cv-06585-JMA-AYS   Document 28-7   Filed 02/15/24   Page 7 of 17 PageID #: 558

- E-monsite
- Vigbo
- Neos
- EditPlus
- plentymarkets
- X-Cart
- Magnolia
- Siquando
- a-blog cms
- WebAcappella
- Oxatis
- XOOPS
- Revize eGov CMS
- MerchantPro
- osTicket
- Better Uptime
- Substack
- WYSIWYG Web Builder
- Mastodon
- SchoolSitePro
- VuePress
- SitePad
- Osclass
- OverBlog
- Miva Merchant
- Beyond Menu
- Orchard
- MotoCMS
- Weblium
- OkayCMS
- Zenfolio
- Namo WebEditor
- Empretienda
- Format
- Creatium
- OpenText
- Webzi
- Dynamicweb CMS
- Irroba
- LPMotor
- Nextcloud
- OpenOffice
- xt:Commerce
- MemberClicks
- WebFronts
- Konimbo
- ECShop
- AdVantShop
- Bolt
- PyroCMS
- Profitroom Websites
- GEM2GO
- iTopPlus CMS
- Web Presence Builder
- Luxury Presence
- Titanka CMS
- FMG Suite
- Docutils
- SiteKreator
- CloudCart
- Milestone CMS
- Coppermine
- DIAFAN.CMS
- Flarum
- Carrd
- Gridsome
- Sky-Shop
- aMember
- UptimeRobot

2/15/24, 3:47 PM
Usage Statistics and Market Share of Content Management Systems, February 2024
Case 2:23-cv-06585-JMA-AYS   Document 28-7   Filed 02/15/24   Page 8 of 17 PageID #: 559

- Apptegy
- ShopFactory
- Zeta Producer
- WiziShop
- Visualsoft
- FlipBuilder
- FC2
- Abicart
- Artlogic
- Brightspot
- Lauyan TOWeb
- AspDotNetStorefront
- Destoon
- Sulu
- Typecho
- baserCMS
- DedeCMS
- Podia
- Squiz Matrix
- Setup.ru
- Thaischool
- ImpressPages CMS
- Sazito
- Kirby
- Bluefish
- Mura CMS
- Umbraco
- SitioSimple
- Spree Commerce
- TypePad
- Web Page Maker
- wBuy
- Sana Commerce
- Pixieset
- MetInfo
- Intershop
- Perch
- Kotisivukone
- Quick.Cart
- Kliqqi
- Rhymix
- Piwigo
- Tymbrel
- C1 CMS
- Higher Logic Vanilla
- Quick.Cms
- ionas
- BigTeams
- Contenido
- Spring
- Readymag
- Shop Application
- Verskis
- PHP-Fusion
- Thirty bees
- Winter CMS
- Sitejet
- Modern Campus
- Dealerfire
- PHP Link Directory
- Utabweb
- OpenCms
- BlogEngine
- SmartStore.NET
- ShopFA
- Create
- Creative shop
- Simpleview CMS
- e107

2/15/24, 3:47 PM
Usage Statistics and Market Share of Content Management Systems, February 2024
Case 2:23-cv-06585-JMA-AYS    Document 28-7    Filed 02/15/24    Page 9 of 17 PageID #: 560

- Claris Home Page
- PHPShop
- ShopSite
- SquirrelMail
- PSPad
- Serendipity
- LibreOffice
- Showoff
- Kenesis
- Chevereto
- Freeway
- Publii
- Sandvox
- BBEdit
- iKISS
- Ning
- Quick Homepage Maker
- TeamSystem Commerce
- WebStarts
- webEdition
- Amiro.CMS
- Eleventy
- Procurios
- NodeBB
- Trellix
- WMaker
- Bludit
- CubeCart
- Fork CMS
- WebsiteBaker CMS
- Web to date
- Webware
- Sngine
- Kernel Video Sharing
- Blog.ir
- Webmotors Sites
- i-Motor
- CMSimple
- ezEIP
- Pelican
- CoffeeCup
- CM News
- Moya
- Flazio
- Hugo Blox
- Notepad++
- Apostrophe
- Catalis
- inPage
- Codeply
- dotCMS
- Ontraport
- SiteEdit
- ImageCMS
- LiveEdit
- phpwcms
- GuestCentric
- WebSee CMS
- LiveStreet CMS
- Ready Pro
- SmarterMail
- Atomer
- Medios CMS
- PageCloud
- Scully
- SocialEngine
- Modix
- Oncord
- Cart.com Online Store

- mojoPortal
- Jahia
- Wagtail
- Government Site Builder
- MaxSite CMS
- Yektaweb
- Horde
- OpenCities
- Dorik
- Koha
- Litium
- SpringBuilder
- PlatformOS
- BlogFa
- Portfoliobox
- Website World Website Builder
- Octopress
- Selly
- Backdrop CMS
- GetSimple
- MANA Portal
- Forbin PageBuilder
- ShopRoller
- Phorum
- RainLoop
- Web Shop Manager
- Icordis CMS
- Nucleus
- WebSelf
- WBCE CMS
- Sylius
- Bookmanager
- SiteW
- CustomPublish
- Cloudrexx
- Rock RMS
- Bcart
- Flynax
- WebCreator
- Condeon
- IM Creator
- LiveRez
- Instatus
- Sublime Text
- HetrixTools
- Norce
- Thelia
- Unicorn Platform
- ownCloud
- Redicom Prolepse
- Cmsbox
- onpublix
- PHP-Nuke
- Chamilo
- Web Wiz Forums
- LogiVert
- Abantecart
- CommentSold
- openElement
- YaBB
- UBB.threads
- Dotclear
- LocomotiveCMS
- Visual Page
- NB Shop
- Textpattern
- AVCMS
- CampusCare
- Ektron

2/15/24, 3:47 PM
Usage Statistics and Market Share of Content Management Systems, February 2024
Case 2:23-cv-06585-JMA-AYS   Document 28-3   Filed 02/15/24   Page 11 of 17 PageID #: 562

- ThinkCMF
- Sorry
- WebsPlanet
- YoudianCMS
- Cendyn CMS
- Contensis
- Storyblok
- oXyShop
- Centralpoint
- Tiki Wiki CMS Groupware
- DSpace
- Typesetter CMS
- Ucraft
- YAF.NET
- CorePublish CMS
- Kooboo
- Mabisy
- React Static
- Frontity
- KimsQ
- LiteCart
- Beseller
- Pixpa
- Commerce:seo
- Auctores CMS
- E37 Triton
- Websale
- Opennemas
- WebGUI
- Wifeo
- BlueVoda
- CanalBlog
- Mezzanine
- Arachnophilia
- myfactory
- Truppo
- Nikola
- Webydo
- RocketCake
- KetShopweb
- Dourtal
- CKAN
- LPgenerator
- Antora
- Croogo
- Plate
- Danneo
- PhotoDeck
- Poopesh
- Aphix WebShop
- ShoutCMS
- VersaCommerce
- Public4u
- SiteSpinner
- Plesk SiteBuilder
- NQcontent
- OrthodoxWS
- phase 5
- phpwind
- SeeCMS
- CoreMedia
- Kryptronic
- Pagekit
- brain-GeoCMS
- ILIAS
- Titan CMS
- Vitrin
- Status.io
- GuppY

2/15/24, 3:47 PM
Usage Statistics and Market Share of Content Management Systems, February 2024
Case 2:23-cv-06585-JMA-AYS   Document 28-3   Filed 02/15/24   Page 12 of 17 PageID #: 563

- Vaave
- Metro Publisher
- Straightsell
- Subrion CMS
- WEXBO
- Indexhibit
- ClassicPress
- Fission CMS
- Linx
- Web.de WebBaukasten
- Verint
- Imperia
- b2evolution
- Loaded Commerce
- LogiCommerce
- Arcadina
- ePublishing systems
- Sitonline
- Piranha CMS
- Powergap
- Aryanic
- DocFX
- Emlog
- News Studio
- Dimofinf CMS
- inCMS
- Pinegrow
- RebelMouse
- VerseOne CMS
- CommuniGate Pro
- Koken
- Scrivito
- EZGenerator
- Wenetic
- Easyweb
- FlexCMP
- NoteTab
- Geany
- Shopage
- ViaShopModa
- FairMate CMS
- MDaemon Webmail
- Fiona CMS
- MoinMoin
- Podbean
- ContentXXL
- LV Engine
- Pangea CMS
- Web Studio
- FluxBB
- NetPlanet iCMS
- Elgg
- SunLight CMS
- CosmoShop
- HAPedit
- Microweber
- Virtu
- ShopEx
- Eplica
- Tangora Web CMS
- UltraCart
- PunBB
- Mambo
- SUMOshop
- Sun-shop
- WebExpert
- Jalios
- Ametys
- CodeCharge Studio

2/15/24, 3:47 PM
Usage Statistics and Market Share of Content Management Systems, February 2024
Case 2:23-cv-06585-JMA-AYS    Document 28-3    Filed 02/15/24    Page 13 of 17 PageID #: 564

- MyShop
- Thinkindot
- WideRange Galleries
- Trac
- Agility CMS
- Statuspal
- SysCom
- Xanario
- Sabadkharid
- Ring Publishing
- Atex Content Engine
- Deskpro
- Prontus
- Zinnia
- 123webshop
- CommonSpot
- Cotonti
- Creem CMS
- Easy Orders
- elcomCMS
- PageBreeze
- SageFrame
- HTMLy
- EditMaker
- Webtrade Siternity
- Comitium
- Lepton
- iMod CMS
- XWiki
- Anchor CMS
- Vivvo
- ZMS
- MemberGate
- SubHub
- Bridgeline Unbound
- Next Generation CMS
- PHPMyWind
- Shoptec
- Soholaunch
- Voog
- Zotonic
- Visiri
- WriteFreely
- Enterprise Feedback Suite
- Public CMS
- KingEshop
- Mauve
- Mubashier
- Amaya
- Coming Soon Page
- DocPad
- Newtenberg Engine
- Wikidot
- Xiuno BBS
- Blogg.se
- InterRed
- Quick 'n Easy
- EGOCMS
- Posthaven
- HotDog
- Geeklog
- Gloo
- Strapi
- CLUB View
- LEAP
- Goldfish
- Percussion
- Tendenci
- Icebird CMS

2/15/24, 3:47 PM
Usage Statistics and Market Share of Content Management Systems, February 2024
Case 2:23-cv-06585-JMA-AYS   Document 28-3   Filed 02/15/24   Page 14 of 17 PageID #: 565

- Persina
- ShopCity
- TextPad
- TiddlyWiki
- DouPHP
- Exponent CMS
- Foswiki
- StarOffice
- TomatoCart
- GCMS Ajax CMS
- SiteGrinder
- Sitoo
- redFACT
- iwms
- Nanoc
- PivotX
- ShuipFCMS
- Terminalfour
- IziSpot
- Svbtle
- Versoly
- AfterLogic WebMail
- Coaster CMS
- ContentBox
- Ewisoft Website Builder
- Flatpress
- miniBB
- Mr CMS
- pragmaMx
- eSyndiCat
- GOSS Content
- JBake
- newICTea CMS
- RCMS
- SupeSite
- Méthode
- PHPVibe
- Dragonfly CMS
- Enterrom
- i-SITE
- Jobberbase
- ShopOS
- SLAED
- fCMS
- Kreatio CMS
- OpenACS CMS
- Roadiz
- Woost
- CSZ CMS
- Monstra
- OpenWGA
- TWiki
- WebBoss
- Live CMS
- PmWiki
- SX CMS
- FUSiON
- Maakum
- Newscoop
- XMB
- Convio
- E-Com Club
- Pluck
- QuickSilk
- BlueGriffon
- Capillary
- Ultimize CMS
- PEIQ
- Waypoint

Case 2:23-cv-06585-JMA-AYS   Document 28-3   Filed 02/15/24   Page 15 of 17 PageID #: 566

- Yclas
- Atilekt.NET
- Chameleon CMS
- Composr
- WebHare CMS
- Fortune3
- Jieqi CMS
- Kooomo
- Publishrr
- Stacey
- XynX
- i-Box Portal Builder
- Jadu CMS
- Mango Blog
- PencilBlue
- PlushForums
- WebAPP
- AxCMS.net
- GoodWeb
- iPlasmaCMS2
- Middleman
- VIO.Matrix
- Enonic CMS
- gedit
- GXportal
- Isotools Studio
- JSPWiki
- Literatum
- SWOP
- Twilight CMS
- Zola
- Eleanor CMS
- N2 CMS
- Orbiz digiTrade
- Silex
- Symphony CMS
- WikkaWiki
- BraDyCMS
- Contentteller
- NeoOffice
- Onepager
- Rozblog
- WebZen
- 1st CMS
- e+ cms
- Forosh Gostar
- ImpressCMS
- Monspark
- Sapren Website Builder
- SiteExecutive
- Django-wiki
- Graffiti CMS
- Silva CMS
- Storenvy
- Django CMS
- Phenomic
- Rainbow
- sNews
- WebSite Tonight
- BrowserCMS
- Enduro.js
- Saber
- Bitweaver
- Cecil
- cmsWorks
- Onion.net
- Sense/Net
- Silvrback
- Solodev CMS

- VentasPOP
- Fo.ru
- Marqui CMS
- MidCOM
- Sandoba
- SiteFusion
- Melody
- pH7Builder
- PHPFox
- Pico
- Powerfront
- Tajan Portaj
- Alterian
- Artiphp
- Jibres
- Navigate CMS
- Site.pro
- Spress
- WebWeaver
- Amaxus
- Apache Lenya
- Bricolage
- Daisy
- Decibel CMS
- Hotaru CMS
- InfoGlue
- mpsCITYWERK
- NVDCMS
- Papaya CMS
- Pier
- Postleaf
- Yo!Kart
- Accessible Portal
- Bigace
- Blastness
- Chyrp
- cms3
- EasyPublish
- Jolojo
- LiBe CMS
- Lightmon Engine
- Netgenerator CMS
- Onxshop
- phpCOIN
- PukiWiki
- Redaxscript
- Taberna
- WonderCMS

## Is there a technology missing?

Registered users can make a proposal to add a technology.

## Do you want to stay informed about this survey?

Use our monthly technology survey RSS Feed. Registered users can also subscribe to a monthly technology survey email.

## Share this page

   

About Us    Disclaimer    Terms of Use    Privacy Policy    Advertising    Contact

2/15/24, 3:45 PM
Case 2:23-cv-06585-JMA-AYS  Document 28-3  Filed 02/15/24  Page 17 of 17 PageID #: 568
Usage Statistics and Market Share of Content Management Systems, February 2024

W3Techs on  LinkedIn  Twitter  Mastodon  Bluesky

Copyright © 2009-2024 Q-Success