# EXHIBIT 3

# Flex your site's features with plugins

Add new functionality and integrations to your site with thousands of plugins.

Try searching "s"

Discover   Search Engine Optimization   Ecommerce & Business   Booking & Scheduling   Events Calendar

Social   Email   Security   Finance & Payments   Shipping & Delivery   Analytics   Marketing   Design

Photo & Video          CRM & Live Chat                         More

## Must-have premium plugins

Add the best-loved plugins on WordPress.com                                Browse All



**Yoast SEO Premium**
by Team Yoast

All the benefits of Yoast SEO Free as well as exclusive SEO features which unlock even more tools and functionality.

**$9.00** monthly



**Sensei Pro**
by Automattic

Sensei Pro is a premium plugin for WordPress that enables users to create, manage, and sell online courses. It provides a comprehensive suite of tools for creating engaging course content, tracking student progress, an…

**$9.00** monthly



**Woo Subscriptions**

by Automattic

Let customers subscribe to your products or services and pay on a weekly, monthly or annual basis.

$20.00 monthly ★ 3.4



**WPBakery Page Builder**

by WPBakery

The leading WordPress page builder plugin with drag and drop editor, design options, and two interfaces - a live frontend editor and a schematic backend editor.

$7.80 monthly

## Supercharging and monetizing your blog

Building a money-making blog doesn't have to be as hard as you might think                                Browse All



**Elementor**
Drag and drop page builder



**OptinMonster**
Monetize your website traffic



**Yoast SEO Premium**
Optimize your site for search engines



**GiveWP**
Create donation pages and collect more



**Sensei Pro**
Manage and sell digital courses



**Easy Digital Downloads**

Create and sell digital products

## Get started with plugins

Our favorite how-to guides to get you started with plugins

| What Are WordPress Plugins and Themes? (A Beginner's Guide) | How to Choose WordPress Plugins for Your Website (7 Tips) | 17 Must-Have WordPress Plugins (Useful For All Sites) |
|---|---|---|
| Read More ↗ | Read More ↗ | Read More ↗ |



Views 1,250   06:21

**Build your site. Sell your stuff. Start your blog. This and much more with unlimited plugins!**

Get Started

## Our developers' favorites

Start fast with these WordPress.com team picks                    Browse All



**WooCommerce**

by Automattic

WooCommerce is the world's most popular open-source eCommerce solution.

Free                                                          ★ 4.6


**Gravity Forms**
by Gravity Forms

Build custom forms for any project requirements with Gravity Forms, a powerful WordPress form builder for businesses and web professionals.

**$12.00** monthly


**MailPoet – emails and newsletters in WordPress**
by MailPoet

Send beautiful newsletters from WordPress. Collect subscribers with signup forms, automate your emails for WooCommerce, blog post notifications & more

Free                                                                ★ 4.5


**Jetpack CRM – Clients, Invoices, Leads, & Billing for WordPress**
by Automattic

WordPress CRM for entrepreneurs and small businesses. For lead generation, invoicing, billing, email marketing, clients,…

Free                                                                ★ 4.4

## Setting up your local business

These plugins are here to keep your business on track                                Browse All


**MailPoet**
Send emails and create loyal customers


**Yoast SEO Premium**
Optimize your site for search engines


**WooCommerce Bookings**
Allow customers to book appointments


**Jetpack CRM**
Lead generation and marketing automation


**All-in-One WP Migration**
Move websites between hosts with ease


**Strong Testimonials**
Easily collect and display testimonials

## Popular plugins

Add and install the most popular free plugins

Browse All


**Elementor Website Builder - More than Just a Page Builder**
by Elementor.com

The Elementor Website Builder has it all: drag and drop page builder, pixel perfect design, mobile responsive editing, and more. Get started now!

Free    ★ 4.6 (6,718)


**Contact Form by WPForms - Drag & Drop Form Builder for WordPress**
by WPForms

The best WordPress contact form plugin. Drag & Drop online form builder to create beautiful contact forms, payment forms, & other custom forms …

Free    ★ 4.9 (13,690)


**LiteSpeed Cache**
by LiteSpeed Technologies

All-in-one unbeatable acceleration & PageSpeed improvement: caching, image/CSS/JS optimization…

Free ⭐ 4.8 (2,380)

All-in-One WP Migration
by ServMask

Move, transfer, copy, migrate, and backup a site with 1-click. Quick, easy, and reliable.

Free ⭐ 4.5 (7,341)

## Powering your online store

Tools that will set you up to optimize your online business     Browse All


WooCommerce USPS Shipping
Get shipping rates from the USPS API


WooCommerce PayPal Payments
Accept PayPal payments


AutomateWoo
Create a range of automated workflows


Shipment tracking
Provide shipment tracking information


Xero
Sync your site with your Xero account


WooCommerce Subscriptions
Let customers subscribe to your service

# You pick the plugin. We'll take care of the rest.

Get Started

## Fully Managed

Premium plugins are fully managed by the team at WordPress.com. No security patches. No update nags. It just works.

## Thousands of plugins

From WordPress.com premium plugins to thousands more community-authored plugins, we've got you covered.

## Flexible pricing

Pay yearly and save. Or keep it flexible with monthly premium plugin pricing. It's entirely up to you.

### Products

WordPress Hosting

Domain Names

Website Builder

Create a Blog

Professional Email

P2: WordPress for Teams

Enterprise Solutions↗

Website Design Services

### Features

Overview

WordPress Themes

WordPress Plugins

Google Apps

### Resources

WordPress.com Support

WordPress Forums

### Company

About

Partners

- WordPress News
- Website Building Tips
- Business Name Generator
- Logo Maker
- Discover New Posts
- Popular Tags
- Blog Search
- Daily Webinars
- Learn WordPress
- Developer Resources ↗

- Press ↗
- Terms of Service
- Privacy Policy ↗





Change Language

   

An AUTOMATTIC opus

Work With Us ↗