# EXHIBIT 4

# Flex your site's features with plugins

Add new functionality and integrations to your site with thousands of plugins.

Try searching "seo"

Discover    Search Engine Optimization    Ecommerce & Business    Booking & Scheduling    Events Calendar

Social    Email    Security    Finance & Payments    Shipping & Delivery    Analytics    Marketing    Design

Photo & Video    CRM & Live Chat    More

## Search Engine Optimization

Fine-tune your site's content and metadata for search engine success.                                    1,041 plugins



**Yoast SEO Premium**
by Team Yoast

All the benefits of Yoast SEO Free as well as exclusive SEO features which unlock even more tools and functionality.

$9.00 monthly



**Yoast SEO**
by Team Yoast

Improve your WordPress SEO: Write better content and have a fully optimized WordPress site using the Yoast SEO plugin.

Free                                                                                                    ★ 4.8 (27,622)



**All in One SEO – Best WordPress SEO Plugin – Easily Improve SEO Rankings & Incre...**

by All in One SEO Team

The original WordPress SEO plugin. Improve your WordPress SEO rankings and traffic with our comprehensive SEO tools and smart SEO optimizations!

Free ⭐ 4.7 (4,003)



**Rank Math SEO with AI SEO Tools**

by Rank Math

Rank Math SEO is the Best WordPress SEO plugin with the features of many SEO and AI SEO tools in a single package to help multiply your SEO traffic.

Free ⭐ 4.9 (6,312)



**Redirection**

by John Godley

Manage 301 redirects, track 404 errors, and improve your site. No knowledge of Apache or Nginx required.

Free ⭐ 4.4 (645)



**XML Sitemap Generator for Google**

by Auctollo

Generate multiple types of sitemaps to improve SEO and get your website indexed quickly.

Free ⭐ 4.8 (2,179)



**SEOPress - On-site SEO**

by The SEO Guys at SEOPress

SEOPress, a simple, fast and powerful all in one SEO plugin for WordPress. Rank higher in search engines, fully white label. Now with AI.

Free ⭐ 4.8 (967)



ACF Content Analysis for Yoast SEO

by Thomas Kräftner, ViktorFroberg, marol87, pekz0r, angrycreative, Team Yoast

WordPress plugin that adds the content of all ACF fields to the Yoast SEO score analysis.

Free ⭐ 4.1 (35)



Cloudflare

by Cloudflare, Inc.

All of Cloudflare's performance and security benefits in a simple one-click install.

Free ⭐ 3.5 (171)



SpeedyCache - Cache, Optimization, Performance

by Softaculous Team

SpeedyCache is a WordPress cache plugin that helps you improve performace of your WordPress site by caching, minifying, and compressing your website.

Free ⭐ 4.4 (20)



IndexNow Plugin

by Microsoft Bing

IndexNow Plugin for WordPress enables site owners to instantly and automatically submit their new/updated pages to supporting search engines.

Free ⭐ 2.9 (37)

LuckyWP Table of Contents



by **LuckyWP**

Creates SEO-friendly table of contents for your posts/pages. Works automatically or manually (via shortcode, Gutenberg block or widget).

Free ⭐ 4.9 (808)



### SEO SIMPLE PACK
by **LOOS,Inc.**

This is a very simple SEO plugin. You can easily set and customize meta tags and OGP tags for each page.

Free ⭐ 4.6 (11)



### The SEO Framework – Fast, Automated, Effortless.
by **The SEO Framework Team**

The fastest feature-complete SEO plugin for professional WordPress websites. Secure, fast, unbranded, and automated SEO. Do less; get better results.

Free ⭐ 4.9 (342)



### SEO Plugin by Squirrly SEO
by **Squirrly**

The Number 1 Holistic SEO Software. AI Private Constultant with WordPress SEO Plugin + SEO SaaS. Optimize SEO traffic & Boost SEO rankings.

Free ⭐ 4.7 (654)

### Meta Tag Manager
by **Pixelite**

Easily add and manage custom meta tags to various parts of your site or on individual posts, such as Yahoo and Google verification tags.

Free  ⭐ 4.6 (47)



### YARPP - Yet Another Related Posts Plugin
by YARPP

The best WordPress plugin for displaying related posts. Simple and flexible, with a powerful proven algorithm and inbuilt caching.

Free  ⭐ 4.8 (1,010)



### BoldGrid Easy SEO - Simple and Effective SEO
by BoldGrid

Easy SEO helps you easily create keyword rich content and rank higher in the search engines.

Free  ⭐ 3.0 (3)



### Bing URL Submissions Plugin
by Bing Webmaster

Bing URL Submission Plugin for WordPress enables site owners to instantly and automatically submit their new/updated pages to the Bing index.

Free  ⭐ 3.3 (20)



### Internal Link Juicer: SEO Auto Linker for WordPress
by Internal Link Juicer

Improve your SEO and your user experience through internal linkbuilding. Automated links between your posts based on a smart keyword configuration.

Free  ⭐ 4.7 (400)



### WP 404 Auto Redirect to Similar Post
by hwk-fr

Automatically Redirect any 404 page to a Similar Post based on the Title Post Type & Taxonomy using 301 or
302 Redirects!

Free                                                                                              ⭐ 4.8 (103)



WP SEO Structured Data Schema
by WPSEMPlugins

Comprehensive JSON-LD based Structured Data solution for WordPress for adding schema for organizations,
businesses, blog posts, ratings & more.

Free                                                                                              ⭐ 4.0 (68)



Link Whisper Free
by Link Whisper

Quickly build smart internal links both to and from your content. Additionally, gain valuable insights with in-
depth internal link reporting.

Free                                                                                              ⭐ 4.3 (85)



Slim SEO - Fast & Automated WordPress SEO Plugin
by eLightUp

A full-featured SEO plugin for WordPress that's lightweight, blazing fast with minimum configuration. No
bloats and just works!

Free                                                                                              ⭐ 4.6 (72)



Spider Blocker
by Easy Blog Networks

SpiderBlocker will block most common bots that consume bandwidth and slow down your server.

Free                                                                                              ⭐ 4.0 (5)



### Import Settings into WordPress SEO by Yoast
by Soflyy

Easily import SEO settings from any XML or CSV file to Yoast WordPress SEO with the Yoast WordPress SEO Add-On for WP All Import.

Free ⭐ 3.0 (9)



### Insights from Google PageSpeed
by Matt Keys

Use Insights from Google PageSpeed to increase your sites performance, your search engine ranking, and your visitors browsing experience.

Free ⭐ 4.8 (28)



### WP Robots Txt
by George Pattichis

WP Robots Txt Allows you to edit the content of your robots.txt file.

Free ⭐ 4.9 (18)



### SEO Ultimate
by SEO Design Solutions

This all-in-one SEO plugin gives you control over meta titles & descriptions, open graph, auto-linking, rich-snippets, 404 monitoring, siloing &am …

Free ⭐ 3.9 (96)



### SEO Friendly Images
by Vladimir Prelovac

SEO Friendly Images automatically adds alt and title attributes to all your images improving traffic from search engines.

Free ⭐ 3.0 (60)



AI Assistant by 10Web - SEO Pack
by 10Web - AI Assistant team

10Web AI Assistant generates original, SEO-optimized, flawless content and helps you to pass Yoast SEO checks. Use the AI Assistant right in your edit …

Free



Flying Pages
by WP Speed Matters

Load inner pages instantly, intelligently!

Free ⭐ 4.9 (78)



Bulk Auto Image Alt Text (Alt tag, Alt attribute) optimizer (image SEO)
by Pagup

Auto optimize all image alt text (+ Woocommerce ), per page & product, from Yoast SEO / Rank Math optimization settings (keywords).

Free ⭐ 4.2 (106)



SmartCrawl WordPress SEO checker, SEO analyzer, SEO optimizer
by WPMU DEV

SEO checker, content analysis & SEO optimizer. Rank higher on search engines with 301 redirects, XML sitemaps & one-click setup.

Free ⭐ 4.8 (165)


### Remove Yoast SEO Comments
by Mitch

Removes the Yoast SEO advertisement HTML comments from your front-end source code.

Free  ⭐ 3.9 (15)


### SEO Redirection Plugin - 301 Redirect Manager
by wp-buy

SEO Redirection is a powerful redirect manager to manage 301 redirects without requiring knowledge of Apache .htaccess files.

Free  ⭐ 4.2 (74)


### Kraken.io Image Optimizer
by Karim Salman

This plugin allows you to optimize your WordPress images through the Kraken.io API, the world's most advanced image optimization and resizing API …

Free  ⭐ 4.5 (119)


### CallRail Phone Call Tracking
by CallRail, Inc.

Dynamically swap CallRail tracking phone numbers based on the visitor's referring source.

Free   5.0 (4)


### Interlinks Manager
by DAEXT

Interlinks Manager is an SEO WordPress plugin that gives you the ability to monitor and optimize your internal links.

Free                                                                ⭐ 4.5 (4)

 **Dynamic XML Sitemaps Generator for Google**
by **WPGrim**

Greatly improves your site's SEO 🚀 with special XML Sitemaps, HTML Sitemaps, Media Sitemaps and Google News.

Free                                                                ⭐ 4.9 (19)

### Products

WordPress Hosting

Domain Names

Website Builder

Create a Blog

Professional Email

P2: WordPress for Teams

Enterprise Solutions↗

Website Design Services

### Features

Overview

WordPress Themes

WordPress Plugins

Google Apps

### Resources

WordPress.com Support

WordPress Forums

WordPress News

Website Building Tips

Business Name Generator

Logo Maker

Discover New Posts

### Company

About

Partners

Press↗

Terms of Service

Privacy Policy↗

Popular Tags

Blog Search

Daily Webinars

Learn WordPress

Developer Resources ↗



Change Language



An AUTOMATTIC opus

Work With Us ↗