# EXHIBIT 5

# Flex your site's features with plugins

Add new functionality and integrations to your site with thousands of plugins.

Try searching "ecomm"

Discover | Search Engine Optimization | Ecommerce & Business | Booking & Scheduling | Events Calendar | Social | Email | Security | Finance & Payments | Shipping & Delivery | Analytics | Marketing | Design | Photo & Video | CRM & Live Chat | More

## Powering your online store

Tools that will set you up to optimize your online business

8,141 plugins

### AutomateWoo

by Automattic

Powerful marketing automation for WooCommerce. AutomateWoo has the tools you need to grow your store and make more money.

**$10.00** monthly

★ 4.1 (13)

### Woo Subscriptions

by Automattic

Let customers subscribe to your products or services and pay on a weekly, monthly or annual basis.

**$20.00** monthly

★ 3.4 (72)



### WooCommerce Bookings

by Automattic

Allow customers to book appointments, make reservations or rent equipment without leaving your site.

**$21.00** monthly ★ 2.9 (35)

### WooCommerce One Page Checkout

by WooCommerce

Create special pages where customers can choose products, checkout & pay all on the one page.

**$6.00** monthly ★ 3.7 (3)

### WooCommerce Additional Variation Images

by Automattic

Unlimited images for your product variations.

**$5.00** monthly ★ 2.0 (2)

### Product Filters for WooCommerce

by Automattic

This is a tool to create ajax product filters that make the process of finding products in your store simple and fast

**$6.00** monthly ★ 2.5 (26)

### Per Product Shipping

by Automattic

Define separate shipping costs per product which are combined at checkout to provide a total shipping cost.

**$9.00** monthly

### AutomateWoo - Refer A Friend add-on

by Automattic

Boost your organic sales by adding a customer referral program to your WooCommerce store.

**$9.00** monthly

### Tipping for WooCommerce

by WPSlash

Add a Tipping Option on Checkout Page that allowing the customer to add a Tip on their order

**$3.00** monthly

3.8 (8)

### Enhanced Cloudflare Turnstile

by Press75

Safeguard your WooCommerce store from spam and automated threats with Enhanced Cloudflare Turnstile – the ultimate spam protection for your forms and fields.

**$3.00** monthly

### WooCommerce

by Automattic

Everything you need to launch an online store in days and keep it growing for years. From your first sale to millions in revenue, Woo is with you.

**Free**

★ 4.5 (4,236)

### MonsterInsights - Google Analytics Dashboard for WordPress (Website Stats Made ...


by MonsterInsights

The best free Google Analytics plugin for WordPress. See how visitors find and use your website, so you can grow your business.

Free ★ 4.5 (2,810)

### ManageWP Worker

by GoDaddy

A better way to manage dozens of WordPress websites.

Free ★ 4.7 (648)

### YITH WooCommerce Wishlist

by YITH

YITH WooCommerce Wishlist add all Wishlist features to your website. Needs WooCommerce to work. WooCommerce 8.5.x compatible.

Free ★ 4.0 (242)

### Google Listings & Ads

by WooCommerce

Native integration with Google that allows merchants to easily display their products across Google's network.

Free ★ 2.9 (155)

### WooCommerce Shipping & Tax

by WooCommerce

WooCommerce Shipping & Tax offers automated tax calculation, shipping label printing, smoother payment setup, and other hosted services for WooCom ...

Free 2.0 (97)



## WooCommerce Stripe Payment Gateway

by WooCommerce

Take credit card payments on your store using Stripe.

**Free** 3.1 (164)



## WooPayments: Integrated WooCommerce Payments

by Automattic

Securely accept credit and debit cards on your WooCommerce store. Manage payments without leaving your WordPress dashboard. Only with WooPayments.

**Free** 2.9 (64)



## Facebook for WooCommerce

by Facebook

Get the Official Facebook for WooCommerce plugin for two powerful ways to help grow your business, including an ads extension and shops tab for your p ...

**Free** 2.3 (416)



## Popup Maker - Popup for opt-ins, lead gen, & more

by Popup Maker

Looking to boost your marketing and lead gen efforts? Using popups are a great way to increase your site's conversions!

**Free** 4.9 (4,425)

Products

WordPress Hosting

Domain Names

Website Builder

Create a Blog

Professional Email

P2: WordPress for Teams

Enterprise Solutions ↗

Website Design Services

Features

Overview

WordPress Themes

WordPress Plugins

Google Apps

Resources

WordPress.com Support

WordPress Forums

WordPress News

Website Building Tips

Business Name Generator

Logo Maker

Discover New Posts

Popular Tags

Blog Search

Daily Webinars

Learn WordPress

Developer Resources ↗

Company

About

Partners

Press ↗

Terms of Service

Privacy Policy ↗



An AUTOMATTIC opus

Work With Us