# **EXHIBIT 6**



provided by
**Q-Success**



**GenAI apps + MongoDB Atlas** You don't need a separate database to start building GenAI-powered apps.

*Ads by EthicalAds*                                                                      advertise here

| Home | Technologies | Reports | API FAQ | Sites Search | Quality | Users | Blog | Forum |

**Featured products and services**                                                       advertise here

WordPress Tutorials & Themes - Themeisle

 Web Design Tips, Tutorials, and Guides - DesignBombs

**Blog Categories**

All
News
AddThis
AddToAny
Adobe DTM
AdRoll
Advertising Networks
Akamai
Alibaba
Amazon
Amazon CloudFront
Angular
Apache
ASP.NET
ASP.NET Ajax
Baidu Analytics
Baidu Share
Bitrix
Blogger
Bootstrap
CDNJS
CentOS
Character Encodings
China Telecom
China Unicom
Chitika
Client-side Languages
Cloudflare
Cloudflare Server
ColdFusion
Compression
Concrete CMS
Content Delivery
Content Languages
Content Management
Cookies
CSS Frameworks
Data Centers
DataLife Engine

# WooCommerce and the power of the WordPress ecosystem

Posted by **Matthias Gelbmann** on 9 April 2018 in *News*, *BbPress*, *Content Management*, *NextGEN Gallery*, *WooCommerce*, *WordPress*

> **Summary:**
> WordPress as the most used content management system has created an impressive ecosystem around itself. That consists of hundreds of thousands developers and companies working with WordPress, hundreds of WordPress-related events organized around the world, and tens of thousands plugins developed on top of its core. We have a closer look at some statistics of the most important plugins.

## WordPress dominates the CMS market

WordPress has recently reached another amazing milestone: it is now used by more than 30% of the web. This is significantly more than all the other 392 content management systems in our surveys combined. WordPress is by far the fastest growing system and it was our Content Management System of the Year for the 8th year in a row. Its usage among new sites is even higher at 35.5%.

But WordPress is not a one-size-fits-all solution. It has a vast ecosystem of more than 50,000 plugins, which webmaster can use to tailor the system to their needs. Most of these plugins provide some narrow functionality, such as SEO optimizations, caching, some administration features and much, much more. Some of these plugins, however, provide a very significant amount of typical functionality of a CMS. These systems can almost be seen as a separate CMS developed on top of WordPress. We have selected the most important ones and started to track their usage (the only other WordPress plugin we track in Jetpack, the third most-popular traffic analysis tool).

## WooCommerce

WooCommerce is the most popular e-commerce plugin for WordPress. It is used by 3.5% of all websites, that is 11.5% of all WordPress sites. That makes it more popular than stand-alone e-commerce systems such as Magento (1.1%), Shopify (1.0%) and PrestaShop (0.6%).

Debian
Default Protocol Https
DigiCert
DigiCert Group
Discuz!
DNS Servers
Dojo
DoubleClick
Drupal
Elementor
Email Servers
Ensighten
ExoClick
Facebook
Facebook Pixel
Fastly
Fedora
Flash
Full Circle Studies
Gemius
Gentoo
GlobalSign
Gmail
GoDaddy Group
Google
Google +1
Google Ads
Google AdSense
Google Analytics
Google Hosted Libraries
Google Servers
Google Tag Manager
GridPane
Gunicorn
Histats
Hostinger
Hotjar
HTML
HTML5
HTTP/2
HTTP/3
IdenTrust
Image File Formats
Infolinks
IPv6
Java
JavaScript
JavaScript Libraries
Joomla
JQuery
JQuery CDN
JsDelivr
Let's Encrypt
Liferay
LinkedIn
Linux
LiteSpeed
Magento
Markup Languages
Matomo
Matomo Tag Manager

Actually WooCommerce is more popular than any CMS except WordPress, including Joomla and Drupal.

This is what our CMS survey would look like if we included WooCommerce as a separate system:



WooCommerce is particularity popular on Persian, South African and Vietnamese sites, less popular on Russian and Japanese sites. It is less popular on high-traffic sites than on average ones, and it is much more popular on sites hosted by DigitalOcean or SingleHop than on sites hosted by Amazon. WooCommerce is often used by sites that also use Cloudflare or Sucuri as content delivery network, rarely by sites that use Akamai.

## bbPress

A distant second of the WordPress-based systems is bbPress, which provides forum functionality. At 0.4% it is almost twice as popular as vBulletin, the most used dedicated forum-CMS.

## NextGEN Gallery

NextGEN Gallery is the most popular WordPress-based photo gallery system. It is used by 0.3% of the web, and again this is much higher than any stand-alone photo gallery systems.

## Other plugins

We currently track 17 of the most important WordPress plugins that satisfy our criteria of providing some major CMS functionality that is otherwise typically provided by a separate CMS. You can find them as subcategories on our WordPress page.

___

Please note, that all trends and figures mentioned in that article are valid at the time of writing. Our surveys are updated frequently, and these trends and figures are likely to change over time.

## Share this page

   

- Microsoft
- Microsoft-IIS
- Modernizr
- MooTools
- New Relic
- Newfold Digital Group
- Nginx
- Node.js
- Operating Systems
- OVH
- PHP
- Pinterest
- Plesk
- Plone
- PNG
- PopAds
- PrestaShop
- Prototype
- Python
- Quantcast
- React
- Red Hat
- Reverse Proxies
- Ruby
- RunCloud
- Scala
- Scientific Linux
- Sectigo
- Server Locations
- Server-side Languages
- SharePoint
- Shopify
- Silverlight
- Site Elements
- Social Widgets
- SPDY
- Squarespace
- SSL Certificate Authorities
- Symantec Group
- Tag Managers
- Tealium
- Team.blue
- Tomcat
- Top Level Domains
- Traffic Analysis Tools
- Twitter
- TYPO3
- Ubuntu
- Umeng
- Underscore
- United Internet
- Unix
- Unpkg
- UTF-8
- VBulletin
- Web Hosting
- Web Panels
- Web Servers
- WhatsApp
- Windows
- Wix

Case 2:23-cv-06585-JMA-AYS   Document 28-11   Filed 02/15/24   Page 5 of 5 PageID #: 602

[WooCommerce](#)
[WordPress](#)
[WordPress Jetpack](#)
[Xandr](#)
[XHTML](#)
[Yandex.Direct](#)
[Yandex.Metrica](#)
[YUI Library](#)

[About Us](#)    [Disclaimer](#)    [Terms of Use](#)    [Privacy Policy](#)    [Advertising](#)    [Contact](#)

W3Techs on     [LinkedIn](#)     [Twitter](#)    [Mastodon](#)    [Bluesky](#)

Copyright © 2009-2024 Q-Success