# EXHIBIT 7

2/15/24, 4:02 PM
Usage Statistics and Market Share of WooCommerce, February 2024



**W3Techs** — Web Technology Surveys

provided by **Q-Success**

No-code Payments Integration Add new features without the need to code from scratch Try For Free

Ads by EthicalAds | advertise here

| Home | Technologies | Reports | API | Sites | Quality | Users | Blog | Forum | FAQ | Search |

Featured products and services — advertise here

 WordPress Tutorials & Themes - Themeisle

 Web Design Tips, Tutorials, and Guides - DesignBombs

### Technologies

- Content Management
- Server-side Languages
- Client-side Languages
- JavaScript Libraries
- CSS Frameworks
- Web Servers
- Web Panels
- Operating Systems
- Web Hosting
- Data Centers
- Reverse Proxies
- DNS Servers
- Email Servers
- SSL Certificate Authorities
- Content Delivery
- Traffic Analysis Tools
- Advertising Networks
- Tag Managers
- Social Widgets
- Site Elements
- Structured Data
- Markup Languages
- Character Encodings
- Image File Formats
- Top Level Domains
- Server Locations
- Content Languages

Technologies > Content Management > WordPress > WooCommerce

## Usage statistics and market share of WooCommerce

Request an **extensive WooCommerce market report.**
Learn more

### Technology Brief

**WooCommerce**

Category: Content Management Systems

WooCommerce is an open source e-commerce platform based on WordPress.

Website: woo.com

These diagrams show the usage statistics of WooCommerce as content management system on the web. See technologies overview for explanations on the methodologies used in the surveys. Our reports are updated daily.

**WooCommerce is used by 13.2%** of all the websites whose content management system we know. **This is 9.1% of all websites**.

The diagram shows the percentage of websites using WooCommerce as content management system.

How to read the diagram:
WordPress is used by 43.1% of all the websites.
WooCommerce is used by 9.1% of all the websites.

| WordPress | | 43.1% |
|---|---|---|
| **WooCommerce** | 9.1% | |
| | | W3Techs.com, 15 February 2024 |
| Percentage of websites using WooCommerce | | |



### Historical trend

This diagram shows the historical trend in the percentage of websites using WooCommerce.
Our dedicated trend survey shows more content management usage and market share trends.

### Latest related posting — read all

**Web Technologies of the Year 2023**
2 January 2024

We compiled the list of web technologies that saw the largest increase in usage in 2023.
» more



### Trends

- Technology Changes

### Comparison

- Compare with other

### Breakdown

- Ranking
- Server-side Languages
- Client-side Languages
- JavaScript Libraries
- CSS Frameworks
- Web Servers
- Web Panels
- Operating Systems
- Web Hosting
- Data Centers
- Reverse Proxies
- DNS Servers
- Email Servers
- SSL Certificate Authorities
- Content Delivery
- Traffic Analysis Tools
- Advertising Networks
- Tag Managers
- Social Widgets
- Site Elements
- Structured Data
- Markup Languages
- Character Encodings
- Image File Formats
- Top Level Domains
- Server Locations

You can find growth rates of WooCommerce compared to all other content management systems in our WooCommerce market report.

### Market position

This diagram shows the market position of WooCommerce in terms of popularity and traffic compared to the most popular content management systems.

advertise here

2/15/24, 4:02 PM
Usage Statistics and Market Share of WooCommerce, February 2024
Case 2:23-cv-06585-JMA-AYS    Document 28-12    Filed 02/15/24    Page 3 of 4 PageID #: 605

Our dedicated market survey shows more content management market data.

### Segmentation

- Server-side Languages
- Client-side Languages
- JavaScript Libraries
- CSS Frameworks
- Web Servers
- Web Panels
- Operating Systems
- Web Hosting
- Data Centers
- Reverse Proxies
- DNS Servers
- Email Servers
- SSL Certificate Authorities
- Content Delivery
- Traffic Analysis Tools
- Advertising Networks
- Tag Managers
- Social Widgets
- Site Elements
- Structured Data
- Markup Languages
- Character Encodings
- Image File Formats
- Top Level Domains
- Server Locations
- Content Languages

see FAQ for explanations on advanced reports



## Popular sites using WooCommerce

- Wordpress.org
- Agoda.com
- Cisco.com
- Nvidia.com
- Elegantthemes.com
- Arstechnica.com
- Eltiempo.com
- Rae.es
- Va.gov
- Gocomics.com

## Random selection of sites using WooCommerce

- Laciudadmedica.com
- Adelaidechambersingers.com
- Icarcr.com
- Enjify.com
- Vento.com

## Sites using WooCommerce only recently

- Obilet.com
- Premioibest.com
- Abhibus.com
- Cuhk.edu.hk
- Torrentfreak.com

## More examples of sites

You can find more examples of sites using WooCommerce in our WooCommerce market report, or you can request a custom web technology market report.

## Technology comparisons

Our visitors often compare the usage statistics of WooCommerce with Shopify and Magento and e+ cms.

## Free technology usage monitoring service

Get a notification when a top site starts using WooCommerce.

## Share this page

Case 2:23-cv-06585-JMA-AYS     Document 28-12     Filed 02/15/24     Page 4 of 4 PageID #: 606



About Us   Disclaimer   Terms of Use   Privacy Policy   Advertising   Contact

W3Techs on   LinkedIn   Twitter   Mastodon   Bluesky

Copyright © 2009-2024 Q-Success