# Exhibit 1

Case 2:23-cv-06585-JMA-AYS   Document 29-2   Filed 02/26/24   Page 2 of 5 PageID #: 682

| | |
|---|---|
| **Subject:** | RE: William Cartwright/Supplement Manufacturing Partner, Inc. |
| **Date:** | Tuesday, August 29, 2023 at 1:44:42 PM Eastern Daylight Time |
| **From:** | Frank Cantone <frank@smpnutra.com> |
| **To:** | mjbirzon@birzonandassociates.com <mjbirzon@birzonandassociates.com>, Will C <will@smpnutra.com> |
| **CC:** | Steven Milano <steve@smpnutra.com>, Brittany Milano <brittany@smpnutra.com>, Brett Lewis <brett@ilawco.com> |
| **Attachments:** | William Cartwright Seperation Agreement.pdf, William Cartwright Termination Notice.pdf, image004.png, image003.png, image002.png |

Please see attached.



### *Frank J. Cantone*
**Chief Executive Officer**
**SMP Nutra & SMS Nutra**
*The Most Responsive FULL SERVICE Manufacturer!*
**Contact raven@smpnutra.com to book a meeting with me!**
**Add Me On LinkedIn !**
**Main:** 833-810-9896  **Desk:** 631-625-4504
**Mobile/WhatsApp:** 1-631-921-3888
1 Rodeo Drive
Edgewood, NY 11717

**smpnutra.com**    *Introducing:* **smsnutra.com**



**Your Partners in Success for Your Nutra Brand**



The information contained in this communication is confidential, may be privileged and is intended for the exclusive use of the above named addressee(s). If you are not the intended recipient(s), you are expressly prohibited from copying, distributing, disseminating, or in any other way using any information contained within this communication. If you have received this communication in error please contact the sender by telephone or by response via mail. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software virus.

---

**From:** Mitchell Birzon <mjbirzon@birzonandassociates.com>
**Sent:** Tuesday, August 29, 2023 1:02 PM
**To:** Steven Milano <steve@smpnutra.com>; Brittany Milano <brittany@smpnutra.com>; brett@ilawco.com
**Cc:** Will C <will@smpnutra.com>
**Subject:** Fwd: William Cartwright/Supplement Manufacturing Partner, Inc.

See below sent to Jomar Peña at ADP earlier this morning.

**Mitchell J. Birzon, Esq.**
**Founding Partner**

*Selected to New York Super Lawyers - 2010, 2011, 2013-2022*


**BIRZON & ASSOCIATES**
**222 East Main Street, Suite 212**
**Smithtown, New York 11787**
**Tel:  631.265.6300**
**Fax:  631.265.6799**


**Please consider the environment before printing this e-mail.**

**CONFIDENTIAL AND PRIVILEGED COMMUNICATION: This communication and any attachment to this communication is confidential, is intended solely for the use of the individual or entity to which this communication**

1 of 2

is addressed and is privileged and exempt from disclosure under applicable law. If you are not the intended recipient, you are strictly prohibited from all dissemination, distribution, copying or use of this communication or such attachment. If you have received this communication or any attachment to this communication in error, please immediately notify the sender by email or by calling (631) 265-6300 or one of the numbers above and delete and destroy the communication or attachment you have received and all copies thereof. Receipt by an individual or entity, through misdirection, error or mistake, or by wrongful dissemination, does not waive any attorney client, work product or other legal or private privilege, and does not invalidate the sender's requirement and expectation of confidentiality and privacy.

Begin forwarded message:

> **From:** Mitchell Birzon <mjbirzon@birzonandassociates.com>
> **Date:** August 29, 2023 at 7:15:13 AM EDT
> **To:** jomar.pena@adp.com
> **Cc:** Sophia Loizos <Sophia@birzonandassociates.com>, Donna Walsh <donna@birzonandassociates.com>, Ron Cook <ron@roncooklawfirm.com>
> **Subject: William Cartwright/Supplement Manufacturing Partner, Inc.**
>
>  You have engaged in inappropriate actions regarding my client, William Cartwright and his fifty per cent ownership of Supplement Manufacturing, Inc.(SMP). Emails addressed to SMP indicate that you have provided legal advice and have apparently been providing legal counsel to SMP without being licensed to practice law in New York State. You are hereby warned to cease and desist any such further behavior and NOT, under ANY circumstances ,perpetrate any further acts that MAY de deemed adverse to my client.
> Mr.Cartwright, for your basic edification, is a fifty per cent owner/shareholder of SMP, one of two directors and has discovered that certain individuals, including but not limited to Steven and Brittany Milano, have apparently engaged in unlawful and unauthorized acts regarding SMP. Those issues will be addressed in the Supreme Court. You should notify ADP's in-house legal counsel that I will hold ADP responsible for any damages already incurred or incurred prospectively by my client and SMP in a derivative proceeding. The fact that you have engaged, from my perception, in the unequivocal unauthorized practice of law,is by itself,alarming and actionable.  Under separate cover I will be writing to ADP's counsel and your superiors today.  BE GUIDED ACCORDINGLY.
> **Mitchell J. Birzon, Esq.**
> **Founding Partner**
>
> *Selected to New York Super Lawyers - 2010, 2011, 2013-2023*
>
> **BIRZON & ASSOCIATES**
> **222 East Main Street, Suite 212**
> **Smithtown, New York 11787**
> **Tel:  631.265.6300**
> **Fax:  631.265.6799**
>
> **Please consider the environment before printing this e-mail.**
>
> **CONFIDENTIAL AND PRIVILEGED COMMUNICATION:** This communication and any attachment to this communication is confidential, is intended solely for the use of the individual or entity to which this communication is addressed and is privileged and exempt from disclosure under applicable law. If you are not the intended recipient, you are strictly prohibited from all dissemination, distribution, copying or use of this communication or such attachment. If you have received this communication or any attachment to this communication in error, please immediately notify the sender by email or by calling (631) 265-6300 or one of the numbers above and delete and destroy the communication or attachment you have received and all copies thereof. Receipt by an individual or entity, through misdirection, error or mistake, or by wrongful dissemination, does not waive any attorney client, work product or other legal or private privilege, and does not invalidate the sender's requirement and expectation of confidentiality and privacy.



1 Rodeo Drive
Edgewood, NY 11717
(833) 810-9896
www.smpnutra.com
Admin@smpnutra.com

William:

You are hereby relieved of your duties as Chief Marketing Officer of Supplement Manufacturing Partner Inc., and your employment relationship with the company is hereby terminated effective immediately.

As a result, you no longer possess any authority to act on behalf of the company in any capacity whatsoever, including without limitation, in connection with the company's online presence such as websites and electronic communications infrastructure, marketing programs, strategic alliances and employee relationships, and any other regular or extraordinary company activity or enterprise.

On Thursday, August 24th, the company sent you a warning notice which you flagrantly disregarded in your acts since that time. Indeed, on August 28th, you again demanded David Borst provide you with a copy of his witness statement in a certain criminal case against Robert Zorn. We have been advised that this might constitute criminal witness tampering. It is completely unacceptable and inexcusable for a senior executive of this company to pressure a witness in connection with a pending criminal case. You are a director and officer of the company; as such, your actions could result in material liability for the company both civilly and criminally.

Furthermore, also on August 28th, you posted information on the company's website regarding free product samples, again, without authority, and for the improper purpose of influencing and/or obstructing a pending criminal court case against Mr. Zorn. This action was not only unauthorized, but a breach of your fiduciary duty to the company. You have already admitted to Joseph Imperio that your intent in sending an unauthorized e-mail blast to our customers announcing free samples was in furtherance of assisting Mr. Zorn with his criminal case wherein he is charged with stealing from the company. For these reasons, you have left us with no alternative but to terminate your employment.

SMP Nutra intends to pay you in 3 equal monthly installments a severance amount equal to the salary you would have earned had your employment with the company continued during these periods, less applicable withholding taxes. You will be entitled to these payments in accordance with the terms of the attached severance arrangement, if, but only if, you sign the agreement agreeing to be bound by and comply with its terms. You will forfeit these payments if you are discovered at any time to be in breach of your contractual obligations thereunder.

You must return an executed copy of this severance agreement to me at the principal office of the company no later than 5pm, August 30, 2023, for it to be effective and binding. Otherwise, this offer shall at such time become, and considered by us to be, null and void and of no further force or effect.

Supplement Manufacturing Partner, Inc.
The Most Responsive Manufacturer!
1 Rodeo Drive, Edgewood, NY 11717



1 Rodeo Drive
Edgewood, NY 11717
(833) 810-9896
www.smpnutra.com
Admin@smpnutra.com

The severance agreement addresses your *employment* with the company. Once these matters are brought to settlement, together, we will separately address issues relating to your equity holdings in the company and your share of *ownership allocations.* We are prepared to negotiate a buyout of your interests.

Although you did not heed the company's warning letter, we strongly encourage you to take no further action that could prove harmful to the company. Doing so would not only be against your own financial and legal self-interests, but also be swiftly met with all appropriate legal measures and action. Finally, continued activities adversarial in nature to the company might result in forfeiture of your shares under existing law and contractual arrangements.