UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Supplement Manufacturing Partner, Inc. d/b/a SMP Nutra,**<br><br>Plaintiff;<br><br>v.<br><br>**William Cartwright,**<br><br>Defendant. | Case No. 2:23-cv-06585-JMA-AYS<br><br>**DECLARATION OF** ▮▮▮▮▮ |

I, ▮▮▮▮▮, declare as follow:

1. I am a co-founder and co-CEO of ▮▮▮▮▮ ("▮▮▮▮▮"), a manufacturer of health and wellness products. I am over 18 years old and not a party to this lawsuit. I make this declaration based on my personal knowledge of the events stated herein.

2. ▮▮▮▮▮ conducts regular business with Supplement Manufacturing Partner, Inc. ("SMP Nutra") and supplies it with gummy supplements.

3. ▮▮▮▮▮ creates promotional videos that showcase its products, FDA-registered and cGMP-certified facility, and state-of-the-art manufacturing. While some of these videos are publicly available on the company's social media accounts, ▮▮▮▮▮ does not allow third parties to use them without authorization.

4. Several weeks ago, I learned that a business called "Nutra Seller," was using footage from ▮▮▮▮▮'s promotional videos on its website at nutraseller.com. SMP Nutra informed me that Nutra Seller was run by Mr. William Cartwright.

5. At the time, I did not recall who Mr. Cartwright was.

6. To the best of my knowledge, I only met Mr. Cartwright once at a tradeshow. Specifically, I briefly met Mr. Cartwright when he was a member of the SMP Nutra team at the SupplySide West 2022 tradeshow.

7. On or around February 1, 2024, I had a phone call with Mr. Cartwright to confront him regarding his unauthorized copying. Mr. Cartwright responded that he was not trying to be sneaky and was going to give ▮▮▮▮ business in exchange.

8. I then texted Mr. Cartwright:

   > William please get all the videos of my manufacturing facility that you are stealing off your website.
   >
   > You told me you planned on referring all the business to me so you thought would be ok.
   >
   > That's a lie as you've never called me for permission or to work a deal.
   >
   > This is not ok.
   >
   > If on Saturday morning these videos aren't down I will hire an attorney. This is not a threat at all just letting you know.

9. In response, Mr. Cartwright wrote "▮▮▮▮ I apologize I had full intentions on reaching out to you to work out a deal to work together," claimed that the Nutra Seller website "went live a few days ago" and promised to take the videos down that day.

10. Mr. Cartwright then texted:

    > Hey ▮▮▮▮,
    >
    > I've removed the videos from our site. I realize now that I should have consulted you before making the site live, and I apologize for this oversight.

> My intention was to offer you the right of first refusal for all future custom gummy vitamin projects we undertake. I value the potential of your contributions to my business and hope this incident hasn't soured our potential partnership.
>
> I'm looking forward to the possibility of working together and ensuring our relationship starts on the right footing despite this hiccup. Let me know your thoughts on future collaborations.

11. I did not respond.

12. On or around February 16, I discovered that Nutra Seller was still using at least one image copied from ▇▇▇▇'s videos. After I notified Mr. Cartwright, he claimed that he had "overlooked" the picture, and removed it from the site.

13. At all relevant times, neither I nor ▇▇▇▇ authorized Mr. Cartwright or Nutra Seller to use or copy any of ▇▇▇▇'s promotional videos or other marketing materials.

14. The following three pages contain true and correct screenshots of text messages between me and Mr. Cartwright.







I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 26, 2024
        Tampa, Florida

