# Exhibit 1



MB Admin <admin@mbinsure.com>

## Top Tier Nutra - Dietary Supplement Manufacturer

**Sam Johnston** <contact@toptiernutra.com>  Thu, Dec 7, 2023 at 2:40 PM
Reply-To: <contact@toptiernutra.com>
To: <admin@mbinsure.com>

Hello MB,

My marketing team passed your information to me and I wanted to introduce myself and my company Top Tier Nutra. We feel your company would be a perfect fit for our services.

Top Tier Nutra is a full turnkey contract manufacturer and packager of stock and custom dietary supplements. We are a leading producer of Capsules Tablets, Powders Softgels, and Gummies.

**What separates us from other manufacturers?**

- **Honest and accurate lead times**
- **100% best pricing, we will beat your current price.**
- **Assistance in growing brand sales with expert advice**.

**We Promise to provide the following.**

- cGMP-compliant manufacturing facilities
- Fastest Turnarounds
- Top-tier Customer service and updates 24/7
- Full-Service Graphics Department

To view our stock list, please email us and we will send it to you!

if you want to learn more,  please check out our website at Top Tier Nutra, I know we can be of great assistance to you and your company. Feel free to call us anytime at 1-833-351-5335 to discuss your needs

 Looking forward to speaking with you.

Sincerely,

Samuel Johnston CEO of Top Tier Nutra Inc.

Click to visit website

Top Tier Nutra, 180 E Main St, Patchogue, NY 11772, 1-833-351-5335

Unsubscribe Manage preferences



MB Admin <admin@mbinsure.com>

## Top Tier Nutra - Sale on Creatine Gummies 5000mg

**Sam Johnston** <contact@toptiernutra.com>   Tue, Dec 12, 2023 at 2:11 PM
Reply-To: <contact@toptiernutra.com>
To: <admin@mbinsure.com>

Hi MB,

We are having a blowout sale on our new **Creatine 1000mg gummies;** this hot gummy is a perfect new SKU for you to add to your product line.

The volume of searches for this sku has gone through the roof lately and we would like to extend the opportunity to you! See below the **LABEL INCLUDED** pricing.

**Supplement Facts**

Serving Size 1 Gummy
Servings Per Container 60

| | Amount Per Serving | %Daily Value |
|---|---|---|
| Calories | 10 | |
| Total Carbohydrate | 3 g | 1% |
| Total Sugars | 1 g | ** |
| Includes 1g added sugars | | 2% |
| Sodium | 10 mg | <1% |
| Creatine Monohydrate | 1 g | ** |

**Daily Value not established.

Other Ingredients: Glucose Syrup, Sucrose, Pectin, Citric Acid, Sodium Citrate, Natural Lemon Flavor, Calcium Lactate, Vegetable Oil, Stevioside, Allulose, Beta-Carotene, Carnauba Wax.

**Supplement Facts**

Serving Size 5 Gummies
Servings Per Container 30

| | Amount Per Serving | %Daily Value |
|---|---|---|
| Calories | 50 | |
| Total Carbohydrate | 15 g | 5% |
| Total Sugars | 5 g | ** |
| Includes 5g added sugars | | 10% |
| Sodium | 50 mg | 2% |
| Creatine Monohydrate | 5 g | ** |

**Daily Value not established.

Other Ingredients: Glucose Syrup, Sucrose, Pectin, Citric Acid, Sodium Citrate, Natural Lemon Flavor, Calcium Lactate, Vegetable Oil, Stevioside, Allulose, Beta-Carotene, Carnauba Wax.

60ct  Price per bottle

150ct price per bottle

1,000 - $5.55/Bottle

1,000 -  $12.35/Bottle

2,500 - $5.35/Bottle

2,500 - $11.90/Bottle

5,000 - $4.97/Bottle

5,000 - $11.45/Bottle

Our pricing includes a standard bottle, lid (standard or CRC) testing for cGMP Compliance, and a label up to 35 cents. If you wish to provide your label you can subtract 35 cents from the above pricing.

Our first inventory will be ready for the beginning of January right in time for the new year's resolution wave now is the time to buy it.

Let's start the journey of building on your success together, to discuss more feel free to email or call me.

Visit Our Website

Top Tier Nutra, 180 E Main St, Patchogue, NY 11772, 1-833-351-5335, *Volume Bonus Christmas Deal  - when ordering more than one sku get the tier price of both items combined ex. a purchase of 2,500 creatine 2,500 collagen you pay the 5,000 bottle tier price *limitations apply

Unsubscribe  Manage preferences



MB Admin <admin@mbinsure.com>

## Top Tier Nutra - Sale on Creatine Gummies 5000mg

**Sam Johnston** <contact@toptiernutra.com>  Sat, Dec 30, 2023 at 6:49 PM
Reply-To: <contact@toptiernutra.com>
To: <admin@mbinsure.com>

Hi MB,

On behalf of the Top Tier Nutra Family, I would like to wish You and Yours a Very Happy New Year!

We end 2023 with many fond memories of this wonderful year and are looking forward to starting a new and exciting year with all our family, friends, and you (our great customers and partners).

In anticipation of the New Year Resolutions that are about to start, we are offering a special on all January inquiries for our Balanced Fruit and Veggie Capsules. Inquire in January and order by March 1, 2024, to be eligible for the discounted pricing below;

**Supplement Facts**

Serving Size 3 Capsules
Servings Per Container 30

| | Amount Per Serving | %Daily Value |
|---|---|---|
| Calories | 5 | |
| Total Carbohydrate | 1 g | < 1%** |
| **Maintenance Blend** <br> Broccoli (Whole Plant), Spinach Leaf, Green Cabbage (Head), Wheatgrass Leaf, Kale Leaf, Cauliflower (Whole Plant), Celery Stalk, White Onion Bulb, Zucchini Fruit | 720 mg | † |
| **Protection Blend** <br> Garlic Clove, Red Cabbage Head, Red Onion Bulb, Carrot Root, Kale Leaf, Cayenne Pepper (Fruit & Seed), Shiitake Mushroom (Whole), Wheatgrass Leaf, Sweet Potato (Tuber) | 714 mg | † |
| **Healing Blend** <br> Carrot Root, Kale Leaf, Green Onion Scape, Spinach Leaf, Cauliflower (Whole Leaf), Celery Stalk, Zucchini Fruit | 576 mg | † |
| BioPerine® | 5 mg | † |

† Daily Value not established.
** Percent Daily Value are based on a 2,000 calorie diet.

Other Ingredients: Vegetable Capsule (Cellulose).

**Supplement Facts**

Serving Size 3 Capsules
Servings Per Container 30

| | Amount Per Serving | %Daily Value |
|---|---|---|
| Calories | 10 | |
| Total Carbohydrate | 2 g | < 1%** |
| **Maintenance Blend** <br> Tomato Fruit, Papaya Fruit, Banana, Apple, Grape (Fruit), Elderberry Fruit, Strawberry, Aloe Vera (Leaf) | 731 mg | † |
| **Protection Blend** <br> Orange, Tart Cherry, Cranberry, Wild Blueberry, Grape (Fruit), Apple, Grapefruit, Aloe Vera (Leaf) | 719 mg | † |
| **Healing Blend** <br> Raspberry, Pineapple, Mango, Sweet Cherry, Lemon, Aloe Vera (Leaf) | 561 mg | † |
| BioPerine® | 5 mg | † |

† Daily Value not established.
** Percent Daily Value are based on a 2,000 calorie diet.

Other Ingredients: Vegetable Capsule (Cellulose).

90ct Price per bottle - Fruits

1,000 - $5.69/Bottle

2,500 - $5.50/Bottle

5,000 - $5.40/Bottle

90ct  Price per bottle -Veggie

1,000 - $5.55/Bottle

2,500 - $5.45/Bottle

5,000 - $5.37/Bottle

Pricing includes the bottle and all bottle accessories, lid (standard or CRC) testing for cGMP Compliance, Micro Heavy Metals, Identity, and Potency.

Pricing does not include graphic design, labels, or shipping.

In addition to the above special, we are also offering discounted pricing on all products through the month of January. Call 1-833-351-5335 or email to learn more.

Happy New Year!

Visit Our Website

Top Tier Nutra, 180 E Main St, Patchogue, NY 11772, 1-833-351-5335, *Volume Bonus Christmas Deal  - when ordering more than one sku get the tier price of both items combined ex. a purchase of 2,500 veggie 2,500 collagen powder you pay the 5,000 bottle tier price *limitations apply

Unsubscribe  Manage preferences