UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Supplement Manufacturing Partner, Inc. d/b/a SMP Nutra,**<br><br>Plaintiff;<br><br>v.<br><br>**William Cartwright,**<br><br>Defendant. | Case No. 2:23-cv-06585-JMA-AYS<br><br>**SUPPLEMENTAL DECLARATION OF BRETT E. LEWIS** |

I, BRETT E. LEWIS, declare as follow:

1. I am an attorney duly licensed to practice law before this Court. I am counsel to Plaintiff Supplement Manufacturing Partner, Inc. ("SMP Nutra"). I am over 18 years old and not a party to this lawsuit. I make this declaration based on my personal knowledge of the events stated herein and upon documents that I have reviewed in connection with this lawsuit.

2. On August 29, 2023, at 4:18 PM, I emailed a cease-and-desist notice to Defendant William Cartwright, via his then counsel, Mr. Mitchell Birzon. This followed a lengthy phone conversation with Mr. Birzon concerning the events of the day, including Mr. Cartwright's termination and Birzon's threatening email to ADP. A copy of my email is attached hereto as **Exhibit 1**.

3. On September 11, 2023, Mr. Cartwright wrote an email to HubSpot, in which he described the Court's temporary restraining order (ECF 10) as "a bogus TRO." A copy of HubSpot's response with the accompanying chain is attached hereto as **Exhibit 2**.

4. In connection with this matter, I consulted Internet Archive (<www.archive.org>), an online tool widely used for capturing and preserving archived versions of websites. I have reviewed nine Internet Archive captures from SMP Nutra's "Meet The Team" page at <https://smpnutra.com/meet-the-team>, from between June 2021 and December 2023. These archived pages show that Mr. Milano was consistently listed as "Managing Partner," while Mr. Cartwright was consistently listed as "Chief Marketing Officer."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 26, 2024
Brooklyn, New York

_____
Brett E. Lewis