# Exhibit 1

| | |
|---|---|
| **Subject:** | Re: William Cartwright/Supplement Manufacturing Partner, Inc. |
| **Date:** | Tuesday, August 29, 2023 at 4:18:59 PM Eastern Daylight Time |
| **From:** | Brett Lewis <brett@ilawco.com> |
| **To:** | Mitchell Birzon <mjbirzon@birzonandassociates.com> |
| **CC:** | Steven Milano <steve@smpnutra.com>, brittany@smpnutra.com <brittany@smpnutra.com>, Ecb@ecbmail.com <Ecb@ecbmail.com>, Rachel Ann Stephens <rachelann@ilawco.com>, Shuyu Wang <shuyu@ilawco.com> |
| **BCC:** | Jane Jaang <Jane@iLawco.com> |
| **Attachments:** | logo.jpg |

Mitchell,

We are aware that your client has improperly hacked into the email accounts of Supplement Manufacturing Partner, Inc., d/b/a SMP Nutra's principals and employees, including Steven and Brittany Milano, as well as many other current and former employees. To keep the situation from devolving further, and if there is any hope of avoiding litigation, your client needs to cease and desist from:

- accessing the email accounts of SMP Nutra personnel,
- making changes to the SMP Nutra Website, located at [www.smpnutra.com](www.smpnutra.com),
- emailing or contacting customers of SMP Nutra,
- contacting employees of SMP Nutra for any purpose, including concerning the Rob Zorn criminal matter.

In the event that your client continues to engage in the above activities, our client will seek a TRO in the United States District Court in the Eastern District of New York for violations of the Federal Wiretap Act, 18 U.S.C. §§ 2510-2522, the Stored Communications Act, 18 U.S.C. § 2701, conversion, breach of fiduciary duty and other claims. To the extent that your client is concerned that the co-founders of the company are in bad faith going to fail to live up to their obligations to him, that is not the case. Having said that, the actions that we are aware your client is taking against the company cannot be tolerated, as the company has dozens of employees and hundreds of customers that we know your client's actions are impacting. In an effort to advance productive discussions on a mutually beneficial resolution of this dispute, the actions outlined above have to stop.

To reflect the fact that your client's co-founders are not looking to proceed in bad faith against him, SMP Nutra is willing to pay Will Cartwright a lump sum equivalent to his salary as Chief Marketing Officer for a two week period, all which will allow the parties time to work out an amicable resolution to the dispute, with the assistance of counsel. The idea of restarting Mr. Cartwright's employment with SMP Nutra is a complete non-starter if any of these above activities continues. Further, to the extent that your client is under the misapprehension that SMP Nutra funds were wrongfully dispersed, please assure him that such was not the case. It is and has been the practice of SMP Nutra since its inception that each of the shareholders uses company credit cards to pay for personal expenses and receives distributions throughout the year. These payments are then reconciled at the end of the calendar year, so that each of the shareholders receives the same amount in distributions for the calendar year.

This email is without waiver of any rights that SMP Nutra may have in this matter, all of which are expressly reserved.

Regards,



Brett E. Lewis, Esq.
Lewis & Lin, LLC
77 Sands St., 6th Floor
Brooklyn, NY 11201
(718) 243.9323, Ext. 2
(347) 414-8601 (direct)

iLawco.com  |  TrademarkAttorneys.com |  Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

> On Aug 29, 2023, at 1:01 PM, Mitchell Birzon <mjbirzon@birzonandassociates.com> wrote:
>
> See below sent to Jomar Peña at ADP earlier this morning.
>
> **Mitchell J. Birzon, Esq.**
> **Founding Partner**
> *Selected to New York Super Lawyers - 2010, 2011, 2013-2022*
>
> **BIRZON & ASSOCIATES**
> **222 East Main Street, Suite 212**
> **Smithtown, New York 11787**
> **Tel:  631.265.6300**
> **Fax: 631.265.6799**
>
> **Please consider the environment before printing this e-mail.**
>
> **CONFIDENTIAL AND PRIVILEGED COMMUNICATION: This communication and any attachment to this communication is confidential, is intended solely for the use of the individual or entity to which this communication is addressed and is privileged and exempt from disclosure**