# Exhibit 2

**Re: HubSpot | Update**

Marissa Harris <mharris@hubspot.com>

Mon 9/11/2023 2:50 PM

To:William Cartwright <willc2693@gmail.com>

Cc:Ron@roncooklawfirm.com <Ron@roncooklawfirm.com>;Will C <will@smpnutra.com>;Will Cartwright <wcartwright@getknownpros.com>;Will Cartwright <will@getknownpros.com>;david.liston@listonabramson.com <david.liston@listonabramson.com>;mjbirzon@birzonandassociates.com <mjbirzon@birzonandassociates.com>

Hi William,

I do apologize for any inconvenience and/or frustration. I am simply following directions and protocol as outlined by our terms of service.

All the best,
Marissa



**Marissa Harris**

Principal Customer Success Manager

HubSpot

(857) 209-9490

mharris@hubspot.com

https://help.hubspot.com

**Need Help?**
Visit the **Knowledge Base** or call Tech Support at **1-888-482-7768 x3**
Want to become more skilled in the platform? Check out HubSpot Academy!



Create Your Own Free Signature



**Book a Meeting**

On Mon, Sep 11, 2023 at 1:40 PM William Cartwright <willc2693@gmail.com> wrote:
  Marissa I showed Tyler and your team all documentation proving I am 50% shareholder of SMP, before Steven most likely lied to you.

  Now I am booted off of Hubspot and everything is getting messed up by his team.

  He created a bogus TRO against me with false claims of harassment and hacking, and now you granted him access, which will create damages for SMP.

  I will always remember how Hubspot handled this with me the man who set everything up, ran Hubspot day to day and gave Hubspot tons of business. We will revisit this issue in the near future and how Hubspot handled it incorrectly.

  On Mon, Sep 11, 2023 at 12:01 PM Marissa Harris <mharris@hubspot.com> wrote:
    Hi Will,

I appreciate you providing these documents. As previously mentioned, HubSpot's position is obligated to the entity Supplement Manufacturing Partner, not any individual, HubSpot Legal approved Super Admin access to Steven since he was able to provide documented proof of ownership.

Please contact him if you have any questions,
Marissa

 new head shot.jpg

**Marissa Harris**

Principal Customer Success Manager

HubSpot

(857) 209-9490

mharris@hubspot.com

https://help.hubspot.com

**Need Help?**

Visit the Knowledge Base or call Tech Support at **1-888-482-7768 x3**
Want to become more skilled in the platform? Check out HubSpot Academy!

 linkedin

Create Your Own Free Signature

 **Book a Meeting**

On Wed, Sep 6, 2023 at 3:51 AM Will C <will@smpnutra.com> wrote:

Attached is relevant business bylaws, shareholder agreement, and share certificates.

*Will Cartwright*

## Managing Partner / CMO

**Supplement Manufacturing Partner, Inc.**

**The Most Responsive Manufacturer !**

Address: 250 Executive Drive Unit L Edgewood NY 11717

www.SMPNutra.com

Direct Line: 631-625-4501

Main Office: 833-810-9896

signature_893753018

**From:** Will C <will@smpnutra.com>
**Date:** Wednesday, September 6, 2023 at 3:47 AM
**To:** Will Cartwright <wcartwright@getknownpros.com>, Marissa Harris <mharris@hubspot.com>, Will Cartwright <will@getknownpros.com>, mjbirzon@birzonandassociates.com <mjbirzon@birzonandassociates.com>, willc2693@gmail.com <willc2693@gmail.com>, david.liston@listonabramson.com <david.liston@listonabramson.com>, Ron@roncooklawfirm.com <Ron@roncooklawfirm.com>
**Subject:** Re: HubSpot | Update

Below is where I left off with Taylor Davidson.


How was my account taken away I do not understand.


# New reply from Taylor Davidson.

---


Morning Will,

I'm just getting in this morning (*your messages came in around 2 AM my time*) and am just seeing these messages and while I appreciate the urgency of the request, typing in all caps and bolding things doesn't make it any easier to read.

I understand the urgency of the matter based on our call yesterday and Will from my team has lead on this from our Support department, he's already filed the case with our legal team but I have not had a chance to review that information yet.

The last line of messaging I have from our internal team is as follows:

"*Will already has admin access and has shown proof of ownership so they will stay admin in the account.*"

I'm going to close my case on this out and ask that you follow up with Will on this in T#13214373.

I'm happy to answer what I can but I think to reduce the back and forth here it will be easier for you to communicate in that one case alone because the dual communication is what caused the confusion with the TXT records.

Again, happy to answer what I can and fill in any gaps but to reduce confusion on this case because it is so important I would suggest responding in Will's case alone.

Please let me know if you have any questions on how to proceed here!

Very best regards,

Taylor

## *Will Cartwright*

## Managing Partner / CMO

**Supplement Manufacturing Partner, Inc.**

**The Most Responsive Manufacturer !**

Address: 250 Executive Drive Unit L Edgewood NY 11717

www.SMPNutra.com

Direct Line: 631-625-4501

Main Office: 833-810-9896

signature_893753018

---

**From:** Will C <will@smpnutra.com>
**Date:** Wednesday, September 6, 2023 at 3:44 AM
**To:** Will Cartwright <wcartwright@getknownpros.com>, Marissa Harris <mharris@hubspot.com>, Will Cartwright <will@getknownpros.com>, mjbirzon@birzonandassociates.com <mjbirzon@birzonandassociates.com>, willc2693@gmail.com <willc2693@gmail.com>, david.liston@listonabramson.com <david.liston@listonabramson.com>, Ron@roncooklawfirm.com <Ron@roncooklawfirm.com>
**Subject:** Re: HubSpot | Update

I made a mistake the full ticket that we spoke about everything was Hubspot ticket # #13225932

**I need the full transcript for Hubspot ticket #13225932**

**I was speaking with Taylor Davidson.**

# New reply from Taylor Davidson.

---

Hey Will,

I wanted to update you here as I'm closing my case out because I'm going to be out of the office until next Wednesday. If you have any questions please relay them to Will in the other ticket for the quickest response!

Very best,

Taylor

*Will Cartwright*

## Managing Partner / CMO

**Supplement Manufacturing Partner, Inc.**

**The Most Responsive Manufacturer !**

Address: 250 Executive Drive Unit L Edgewood NY 11717

www.SMPNutra.com

Direct Line: 631-625-4501

Main Office: 833-810-9896

signature_893753018

**From:** Will C <will@smpnutra.com>
**Date:** Wednesday, September 6, 2023 at 3:39 AM
**To:** Will Cartwright <wcartwright@getknownpros.com>, Marissa Harris <mharris@hubspot.com>, Will Cartwright <will@getknownpros.com>, mjbirzon@birzonandassociates.com <mjbirzon@birzonandassociates.com>, willc2693@gmail.com <willc2693@gmail.com>, david.liston@listonabramson.com <david.liston@listonabramson.com>, Ron@roncooklawfirm.com <Ron@roncooklawfirm.com>
**Subject:** Re: HubSpot | Update

Confirming here from the email will@smpnutra.com that least email was in fact from me the rightful owner of Supplement Manufacturing Partner Inc. and SMPNutra.com and the SMP Nutra Hubspot account.


I am requesting you send us the full transcript of **HubSpot Ticket #13214373 ASAP.**


Thank you,

*Will Cartwright*

**Managing Partner / CMO**

**Supplement Manufacturing Partner, Inc.**

**The Most Responsive Manufacturer !**

Address: 250 Executive Drive Unit L Edgewood NY 11717

www.SMPNutra.com

Direct Line: 631-625-4501

Main Office: 833-810-9896

signature_893753018

**From:** Will Cartwright <wcartwright@getknownpros.com>
**Date:** Wednesday, September 6, 2023 at 3:35 AM
**To:** Marissa Harris <mharris@hubspot.com>, Will Cartwright <will@getknownpros.com>, Will C <will@smpnutra.com>, mjbirzon@birzonandassociates.com <mjbirzon@birzonandassociates.com>, willc2693@gmail.com <willc2693@gmail.com>, david.liston@listonabramson.com <david.liston@listonabramson.com>, Ron@roncooklawfirm.com <Ron@roncooklawfirm.com>
**Subject:** Re: HubSpot | Update

Marissa I noticed that I do not have access to my company SMP Nutra Hubspot anymore.

How was this done without notifying my legal team? I cced them in this email and provided their contact in **HubSpot Ticket #13214373.**

I am a 50% shareholder owner and founder of Supplement Manufacturing Partner Inc. I attached all shareholder certificate, bylaws and shareholder agreement in this email.

I am the owner will@smpnutra.com

I am the owner of SMPNutra.com

I am the one who set up Hubspot completely by myself.

I gave you all the evidence I am the rightful owner and you still gave it to them.

Please reference **HubSpot Ticket #13214373** where I provided everything your team requested for instantly.

Now I do not have access to that ticket because they now kicked me off the account completely.

I need a response on this ASAP thank you.

## *Will Cartwright*

## Managing Partner / CMO

**Supplement Manufacturing Partner, Inc.**

**The Most Responsive Manufacturer !**

Address: 250 Executive Drive Unit L Edgewood NY 11717

www.SMPNutra.com

Direct Line: 631-625-4501

Main Office: 833-810-9896

[Image removed by sender. signature_893753018]

---

**From:** Marissa Harris <mharris@hubspot.com>
**Date:** Friday, September 1, 2023 at 10:02 AM
**To:** Will Cartwright <wcartwright@getknownpros.com>, Will Cartwright <will@getknownpros.com>, will@smpnutra.com <will@smpnutra.com>
**Subject:** Re: HubSpot | Update

Hi Will,


Following up with an update from HubSpot Legal.


HubSpot's position is we owe our obligations to the entity Supplement Manufacturing Partner, not any individual. The rightful account owner needs to produce relevant evidence to reflect this by way of Domain Name or company ownership. From HubSpot's perspective, we should not be adding any 3rd parties to the portal as a super admin, this should and can only be done by existing portal super admins.

Ultimately, this is an internal dispute that HubSpot cannot resolve and we will not be interfering with any access to the account unless we have sufficient proof by way of legal documentation to suggest we need to.

Our Legal Team would be able to review any documentation and or a written explanation of the situation by your Legal team.

Please let me know if you have any questions.

Thanks,

Marissa

 (857) 209-9490

**Marissa Harris**

Principal Customer Success Manager

HubSpot

 mharris@hubspot.com

 https://help.hubspot.com

**Need Help?**

Visit the Knowledge Base or call Tech Support at **1-888-482-7768 x3**

Want to become more skilled in the platform? Check out HubSpot Academy!

Image removed by sender. linkedin

Create Your Own Free Signature

**Book a Meeting**

On Thu, Aug 31, 2023 at 1:26 PM Marissa Harris <mharris@hubspot.com> wrote:

Hey Will,

I've escalated the HubSpot Legal Ticket to my Director and he's going to reach out to the Senior Manager on the HubSpot Legal Team. He did say that most of that team is based in EMEA so they usually respond in NAM morning time.

Just wanted to provide you with that information.

Thanks for your patience,

Marissa

**Marissa Harris**

Principal Customer Success Manager

HubSpot

Image removed by sender. (857) 209-9490

Image removed by sender. mharris@hubspot.com

Image removed by sender. https://help.hubspot.com

**Need Help?**

Visit the Knowledge Base or call Tech Support at **1-888-482-7768 x3**

Want to become more skilled in the platform? Check out HubSpot Academy!

Image removed by sender. linkedin

Create Your Own Free Signature                    **Book a Meeting**

Image removed by sender.