| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ENTRY |
| BEFORE: ANNE Y. SHIELDS<br>U.S. MAGISTRATE JUDGE | DATE: 7/9/24<br>TIME: 12:00 PM<br>FTR: 12:13-12:54 |

CASE:  **CV-23-6585 (JMA) (AYS)** Supplement Manufacturing Partner, Inc. v. Cartwright

TYPE OF CONFERENCE: MOTION

APPEARANCES:       Plaintiff: Shuyu Wang
                                    Brett Lewis

                             Defendant: Alex Patchen
                                    David Liston


**THE FOLLOWING RULINGS WERE MADE:**

Conference held.

                                                                SO ORDERED

                                                                 /s/ Anne Y. Shields
                                                                ANNE Y. SHIELDS